## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Christopher George Pable
                                     Plaintiff,

v.                                                        Case No.: 1:19–cv–07868
                                                                 Honorable Elaine E. Bucklo

Chicago Transit Authority, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2019:

        MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference set for 3/27/2020 at 09:30 AM. Rule 26(f) report re MIDP due 3/24/2020. The report must comply with the requirements of the Mandatory Initial Discovery Pilot program of the district court. The report form can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. Mailed notice (reg)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.