**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Christopher George Pable, | |
| *Plaintiff,* | |
| v. | No. 1:19-cv-07868 |
| Chicago Transit Authority and Clever Devices Ltd.; | Hon. Elaine E. Bucklo |
| *Defendants.* | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that I have filed this day with the Clerk of the above Court *Chicago Transit Authority's Additional Affirmative Defenses*, a copy of which is attached hereto and herewith served upon you.

Dated: August 3, 2020

Respectfully submitted,

**CHICAGO TRANSIT AUTHORITY**

By: *s/ Elizabeth E. Babbitt*
                 One of Its Attorneys

John F. Kennedy
jkennedy@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Allison E. Czerniak
aczerniak@taftlaw.com
Nicollette L. Khuans
nkhuans@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Attorney No. 29143

27641734.1

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendant in the above captioned matter, certify, in accordance with Fed. R. Civ. P. 5(a) and L.R. 5.5, that on August 3, 2020, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system. Pursuant to Fed. R. Civ. P. 5(d)(3), I have thereby electronically served all Filing Users with a copy of thereof.

*s/ Elizabeth E. Babbitt*
Elizabeth E. Babbitt

27641734.1