## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE PABLE, | |
| Plaintiff, | Case No. 19-cv-7868 |
| v. | Judge Elaine E. Bucklo |
| CHICAGO TRANSIT AUTHORITY and CLEVER DEVICES LTD., | Magistrate Judge Sidney I. Schenkier |
| Defendants. | JURY DEMAND |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday**, **September 30, 2020 at 9:45 a.m.**, we shall appear before the Honorable Judge Elaine E. Bucklo, in Room 2243 of the Everett McKinley Dirksen Building, at 219 S. Dearborn St., Chicago, Illinois 60602, and then and there present **Defendant/Counter-Plaintiff Chicago Transit Authority's Motion to Extend the Close of Written Discovery and Adjust the Remaining Discovery Schedule Accordingly**, a true and correct copy of which is attached and hereby electronically served upon you.

Dated: September 23, 2020

Respectfully submitted,

CHICAGO TRANSIT AUTHORITY

By: *s/ John F. Kennedy*
One of Its Attorneys

John F. Kennedy
jkennedy@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Allison E. Czerniak
aczerniak@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Attorney No. 29143

26857490.1