# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher George Pable

                                        Plaintiff,

v.                                                          Case No.: 1:19–cv–07868
                                                                  Honorable Elaine E. Bucklo

Chicago Transit Authority, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 4, 2021:

        MINUTE entry before the Honorable Elaine E. Bucklo: This case is referred to the Executive Committee for reassignment by lot to a newly designated magistrate judge. Defendant's motion for leave to file its motion to compel plaintiff's discovery responses in excess of 15 pages [39] is referred to the assigned magistrate judge. Executive Committee Order to follow. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.