

**United States District Court**
**Northern District of Illinois**

In the Matter of

Christopher George Pable

v.

Chicago Transit Authority et al.

Magistrate Judge Heather K. McShain

Case No. 19-CV-07868

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Heather K. McShain, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Elaine E. Bucklo**

Date: Thursday, February 4, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Heather K. McShain

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, February 4, 2021

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Motion(s) specified below

- All Discovery Motions

- Discovery Supervision

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Defendant's motion for leave to file its motion to compel plaintiff's discovery responses in excess of 15 pages [39].

District Referral - To Designated Magistrate Judge