## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher George Pable

                            Plaintiff,

v.                                                           Case No.: 1:19–cv–07868
                                                          Honorable Elaine E. Bucklo

Chicago Transit Authority, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 5, 2021:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for discovery supervision and adjudication of discovery motions [43]. The parties shall file a joint status report on or before 02/15/2021 that includes: (a) an update on the progress of discovery, including a detailed description of what discovery has been completed and what discovery is outstanding; (b) a proposed schedule for the completion of any outstanding discovery, including a proposed date for the close of fact discovery to the extent that one has not already been set by the District Judge; (c) whether expert discovery is anticipated; (d) the status of settlement discussions, if any; and (e) any other issues the parties wish to bring to the Court's attention. Over plaintiff's objection, defendant Chicago Transit Authority's motion for leave to file a motion to compel that exceeds 15 pages in length [39] is granted. Defendant shall file its motion to compel as a separate entry on the docket. Plaintiff's response, which may not exceed twenty pages in length, is due 02/12/2021, and defendant's reply, which should be as concise as possible, is due 02/19/2021. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.