# EXHIBIT A

## Re: Commissions round 4

| | |
|---|---|
| **Item ID:** | 33014 |
| **From:** | PKGINGO <pkgingo@gmail.com> |
| **To:** | dead fish ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | June 18, 2020 10:10:09 PM CDT |
| | |
| **Primary Date:** | June 18, 2020 10:10:09 PM CDT |
| **Family Date:** | June 18, 2020 10:10:09 PM CDT |
| **Size:** | 200 KB  (204,885 bytes) |
| **Direct Parent ID:** | 27638 |
| **Recipient Count:** | 1 |
| **Visible Recipient Count:** | 1 |
| | |
| **Source:** | pkgingo@gmail.com |
| **Location:** | Gmail/Litigation-20190101-20200630.mbox |
| | |
| **MD5 Hash:** | 4f422dc97199982dff16f0e88894d6b6 |
| **Message Hash:** | eef7e85a4c95c7182f1ca0c3f177a6f4 |

## Re: Commissions round 4

| | |
|---|---|
| From: | PKGINGO <pkgingo@gmail.com> |
| To: | dead fish |
| Sent: | June 18, 2020 10:10:09 PM CDT |

He is the hacking hyena for a reason!! Haha. I don't take something like this lightly. It legitimately screwed over my whole life. So yeah, I'm going to fight and maybe one day be able to get into the games industry :).

As far as outfit goes, the same one as weight lifting / ddr will be just dandy! 🖤.

On Thu, Jun 18, 2020, 9:40 PM dead fish > wrote:
> damn! that sounds like so much and also really shitty. Good for you fighting back though, that's totally messed up. Hopefully they get what's coming to em
> also I was working on the piece and I forgot to ask what kind of clothes you would like your character in this time
>
> On Wed, Jun 17, 2020 at 12:15 PM PKGINGO <pkgingo@gmail.com> wrote:
>> Hey no worries on timeline. I'm glad your getting your house in order. It's always so exciting to finally get that sense of freedom and authority and I'm sure there's lots to do with it.
>>
>> So I'm not sure how much I told you about my past but I guess you can Google my name to find everything I'm talking about anyway haha, they wrote an article about me in the Chicago Tribune. There's a LOT so I'm just going to summarize.
>>
>> I used to work at the Chicago Transit authority since 2010 (started there through homeland security). I was basically their lead internal developer, if something needed to get done, I was their hyena 😀. A vendor had a software problem with their own product during an upgrade and asked me to help. In the process of looking for the log files, I found something we wanted, a way to automate alerting the public in all our systems at once. The vendor didn't even know they had that ability in their product. My manager told me to get to work integrating it and he'd handle licensing for it.
>>
>> In the meantime I found the issue with their product and told the vendor how to fix it. We rescheduled the upgrade and went to do it again at a later date.
>>
>> Again, we hit a problem. Same thing. I assumed they fixed what I told them to fix (they didn't) and in the process of troubleshooting took a different path diagnose the issue. I listened to the network traffic and saw a hard coded api key that gave unlimited access to not only that alert feature, but based on their architecture, a whole lot more... Like... A LOT more (without getting into exact details). But even alerts can be detrimental. Look at the Hawaii missile false alert!!!
>>
>> My manager then wanted to see if it affected just us or every agency across the world that use this vendor (there are a lot). It affected everyone. The act of confirming it being that much of a threat was enough to ensure he was fired. We were both placed on leave and forced to resign. I got a new job, decided to reach out to you to finally act on my fursona, and started the process to file a whistleblower lawsuit.
>>
>> One of the things my employer did was issue a remote wipe on my phone so they deleted everything including encryption keys to assets they own and my personal data. I still used that phone until a few days ago. My former employers defense now wanted copies of the phone they themselves erased. I had to pony up for that and to top it off my old phone was dying so I just bought another one. So I was moving all my data and trying to coordinate things without having a phone and it was a NIGHTMARE. In addition to my fursuit I had ordered my first real suit ever too for court next week and coordinating that and measurements was really tough.

If you ever want to chat about it feel free to ask. I can talk about anything that's public knowledge (all of this is in the filings and news stories). But geez it's been crazy!

> On Wed, Jun 17, 2020, 12:57 AM dead fish <████████████████████> wrote:
>
> hey no worries, I hope everythings okay, that really does sound crazy, if its not too personal what happened? (if it is too personal/private I def understand)
>
> I am glad you like it! I'm a bit slow right now, away from my computer a lot doing work on the new house but I will try to keep moving efficiently on commissions
>
>> On Mon, Jun 15, 2020 at 7:35 AM PKGINGO <pkgingo@gmail.com> wrote:
>>
>> So sorry about the delay!!! So my phone was confiscated for a court case, I was in the middle of trying to migrate it and things have just been INSANE lately and being able to use my multi factor authentication was a huge PITA during this period. I couldnt even get a graphica; version of my email! Things have settled a bit now.
>>
>> So, I think that picture is AWESOME! I am so sorry I didn't have time to respond sooner, it shouldn't be this bad again!
>>
>> -Chris
>>
>>> On Sat, Jun 13, 2020 at 10:12 PM PKGINGO <pkgingo@gmail.com> wrote:
>>>
>>> Hey I'll check this tomorrow and get back to you. Some major crazy stuff happening the last few days. Very sorry!!! I hope you'r move in went well though!
>>>
>>>> On Fri, Jun 12, 2020, 10:36 PM dead fish <████████████████████> wrote:
>>>>
>>>> Hey hope all is well, I have a sketch for the fetch piece, sorry it took so long I lost my sketch ideas like 3 times lol but let me know what you think of something like this
>>>>
>>>>> On Sat, Jun 6, 2020 at 8:45 PM dead fish <████████████████████> wrote:
>>>>>
>>>>> Sorry for the late response everything's crazy right now as I am sure is similar for, like, everyone.
>>>>>
>>>>> Okay you are right I didnt put one in there and I really should have ugh! I was just too laser focused, maybe I will add an easter egg addition later with me and my partner just for fun and share it with you
>>>>>
>>>>> We got the house and are so happy and excited, thanks for your kind words and support. Its been a trekk but we can finally make a space our own!
>>>>>
>>>>> also your suit is coming together nicely that is so cool! I was trying to work on my own suit this past year but I never got past the head base and my cats just recently ripped some chunks out of it which is, unfortunate. I honestly need to bite the bullet and hire a professional lol. I am excited to see yours be completed! they are doing some really nice work!
>>>>>
>>>>> I have most of the sketch put together for the frisbee piece I just havnt managed to put it in the computer yet
>>>>>
>>>>> Hope your partner had a great birthday and that you both are doing well :)
>>>>>
>>>>>> On Wed, Jun 3, 2020 at 10:03 AM PKGINGO <pkgingo@gmail.com> wrote:
>>>>>>
>>>>>> Avi,