UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christopher George Pable
                                      Plaintiff,

v.                                                                                   Case No.: 1:19−cv−07868
                                                                                  Honorable Elaine E. Bucklo

Chicago Transit Authority, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2021:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [46]. Plaintiff's motion to quash deposition of his spouse to be filed on or before 03/01/2021, and defendants' response due on or before 03/08/2021; no reply to be filed. In accordance with the District Judge's order extending all dates in the parties' proposed scheduling order by sixty days [[27], [38]], the following schedule is now in place: Fact witness depositions are to be completed by 04/02/2021. Expert disclosures to be produced by 04/30/2021. Expert discovery to be completed by 05/31/2021. Responsive expert disclosures to be produced by 06/30/2021. Responsive expert discovery to be completed by 07/31/2021. Final supplementation of all expert discovery to be completed by 08/30/2021. Dispositive motions to be filed by 09/30/2021, responses due 11/01/2021, and replies due 11/16/2021. Pretrial submissions to be completed by 11/30/2021. Further joint status report due 03/29/2021 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties should be mindful that, notwithstanding any preference to take depositions in person, they cannot expect this in the current environment, nor can they reasonably expect the case to be put on hold until that changes. To be more specific, the parties are to assume that all depositions will have to be taken by remote means (unless both sides and the witness consent to an in−person deposition) and are to plan accordingly. Delay due to a desire to take in−person depositions at a later date will not be a basis for extending any discovery deadline beyond the current deadline. The parties may contact chambers at any time (via email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.