# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher George Pable

                                Plaintiff,

v.                                               Case No.: 1:19–cv–07868
                                                        Honorable Elaine E. Bucklo

Chicago Transit Authority, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 1, 2021:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff's counsel has advised the Court via email that Plaintiff will not pursue the motion to quash the deposition of his spouse. Accordingly, the portion of the Court's minute order entered on 02/25/2021 [49] setting a briefing schedule for the anticipated motion is stricken. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.