UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE PABLE, *Plaintiff*, v. CHICAGO TRANSIT AUTHORITY and CLEVER DEVICES LTD., *Defendants*. | Case No. 19-cv-7868 Judge Elaine E. Bucklo Magistrate Judge Heather K. McShain |
| CHICAGO TRANSIT AUTHORITY, *Counter-Plaintiff*, v. CHRISTOPHER GEORGE PABLE, *Counter-Defendant*. | |

### JOINT STATUS REPORT

In accordance with the Court's order of April 29, 2021 (Dkt. 61), the parties submit the following Joint Status Report:

**I.      Progress on and Schedule for Remaining Fact Discovery**

Following the Court's issuance of an order outlining the procedures to be followed with respect to the data retrieved from Mr. Pable's cell phone: (a) plaintiff's counsel provided search terms to the CTA's vendor to search for potentially privileged items; (b) the vendor provided plaintiff's counsel with approximately 2,169 items resulting from the search; (c) plaintiff's counsel reviewed those items and designated 75 of them as privileged, and provided a log thereof to all

counsel; (d) the vendor provided the retrieved data without the items designated as privileged to all counsel. The CTA identified what it claimed were deficiencies in plaintiff's privilege log, and counsel provided a revised log with additional information and withdrew its claim of privilege with respect to one of the items on the original log

The parties completed the deposition of plaintiff's physician on May 27, 2021. They are in the process of scheduling a one-hour 30(b)(6) deposition of the CTA regarding discussed in prior submissions and the continued deposition of Mr. Pable. The deposition of the CTA's Rule 30(b) witness is likely to take place in late June to mid-July due to scheduling challenges. The parties expect that they will be able to complete these depositions and fact discovery by July 15, 2021.

II. **Proposed Schedule for Expert Discovery**

The parties propose the following schedule for expert discovery:

Plaintiff/Counter-Plaintiff's Affirmative expert disclosures due 9/15/21

Plaintiff/Counter-Plaintiff's expert discovery complete by 10/15/21

Responsive expert disclosures by 1/15/22

Responsive expert discovery complete by 3/15/22

Final expert supplementation complete by 5/15/22

Expert and all discovery closed by 6/30/22

III. **Settlement Discussions**

The Parties have not engaged in any settlement discussions to resolve either Plaintiff's Complaint against the CTA and Clever, or the CTA's Counterclaim against Plaintiff. The Parties do not request a settlement conference at this time.

**IV.     Other Issues**

The parties respectfully request that Magistrate Judge McShain conduct a status hearing on or about July 20, 2021 regarding the conclusion of fact discovery.

May 28, 2021                                              Respectfully submitted,


/s/ *Timothy A. Duffy*
Timothy A. Duffy (ARDC #6224836)
Law Office of Timothy A. Duffy, P.C.
290 Shadowood Ln
Northfield, IL 60093
847-530-4920
tduffy@tduffylaw.com

*Attorney for Plaintiff*
*Christopher George Pable*

/s/ *Elizabeth E. Babbitt*

John F. Kennedy
Elizabeth E. Babbitt
Allison E. Czerniak
Nicollette L. Khuans
Taft Stettinius & Hollister LLP
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
ebabbitt@taftlaw.com
jkennedy@taftlaw.com
aczerniak@taftlaw.com
nkhuans@taftlaw.com

*Attorneys for Defendant Chicago Transit Authority*

3

/s/*Steven W. Jados*

Steven W. Jados
SmithAmundsen LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630)587-7934
sjados@salawus.com

*Attorney for Defendant Clever Devices, Ltd.*

4