# Exhibit 3

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6279 | 08/20/2018 07:42:29 AM | pl sql multiple exceptions - Bing | https://www.bing.com/search?q=pl+sql+multiple+exceptions&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6280 | 08/20/2018 07:25:09 AM | SQL to search objects, including stored procedures, in Oracle - Stack Overflow | https://stackoverflow.com/questions/853547/sql-to-search-objects-including-stored-procedures-in-oracle | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6281 | 08/20/2018 07:25:06 AM | oracle search funtions for text - Bing | https://www.bing.com/search?q=oracle+search+funtions+for+text&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6282 | 08/20/2018 07:16:54 AM | PL/SQL Developer - PL/SQL Beautifier | https://www.allroundautomations.com/plsbeautifier.html | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6283 | 08/20/2018 07:14:16 AM | Instant SQL Formatter | http://www.dpriver.com/pp/sqlformat.htm | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6284 | 08/20/2018 07:14:14 AM | pl sql beautifier - Bing | https://www.bing.com/search?q=pl+sql+beautifier&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6285 | 08/20/2018 07:11:03 AM | | http://ridetime.greaterdaytonrta.org/bustime/api/v3/getvehicles?key=AmBgmDk5gUCVpyzXdAfNaE3Gz&rt=60 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6286 | 08/17/2018 08:45:56 PM | Google Maps | https://www.google.com/maps/@41.8446515,-87.9663243,15z/data=!3m1!4b1!4m4!7m3!1m1!1s115816906888605769718!2e2 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6287 | 08/17/2018 08:45:44 PM | Google Maps | https://www.google.com/maps/@41.7486991,-88.0256136,15z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6288 | 08/17/2018 08:14:27 PM | Google Maps | https://www.google.com/maps/@41.7486991,-88.0256136,15z/data=!3m1!4b1!4m4!7m3!1m1!1s117535515030577668437!2e2 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6289 | 08/17/2018 06:45:23 PM | Google Maps | https://www.google.com/maps/@41.7486991,-88.0256136,15z/data=!3m1!4b1!4m4!7m3!1m1!1s117535515030577668437!2e2 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6290 | 08/17/2018 06:45:22 PM | Google Maps | https://www.google.com/maps/@41.7933605,-87.9747128,13z/data=!4m4!7m3!1m1!1s117535515030577668437!2e2 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6291 | 08/17/2018 06:45:01 PM | Google Maps | https://www.google.com/maps/@41.7933605,-87.9747128,13z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6292 | 08/17/2018 06:44:52 PM | Google Maps | https://www.google.com/maps/@41.8073208,-87.9342168,12z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6293 | 08/17/2018 06:44:48 PM | Google Maps | https://www.google.com/maps/@41.9004097,-88.1339006,11z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6294 | 08/17/2018 06:44:45 PM | Google Maps | https://www.google.com/maps/@42.0626774,-88.3197948,10z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6295 | 08/17/2018 06:44:39 PM | Google Maps | https://www.google.com/maps/@42.3858739,-88.6898375,9z/data=!3m1!4b1!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6296 | 08/17/2018 06:44:38 PM | Google Maps | https://www.google.com/maps/@41.6888518,-87.746806,15z/data=!4m2!7m1!2e1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6297 | 08/17/2018 06:44:30 PM | Google Maps | https://www.google.com/maps/search/maps+location+sharing/@41.6888518,-87.746806,15z/data=!3m1!4b1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6298 | 08/17/2018 06:44:25 PM | | https://maps.google.com/maps?q=maps+location+sharing&oe=utf-8&client=firefox-b-1&um=1&ie=UTF-8&sa=X&ved=0ahUKEwisnciLovXcAhUB54MKHf0vCbUQ_AUICigB | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6299 | 08/17/2018 06:44:25 PM | maps location sharing - Google Maps | https://www.google.com/maps?q=maps+location+sharing&oe=utf-8&client=firefox-b-1&um=1&ie=UTF-8&sa=X&ved=0ahUKEwisnciLovXcAhUB54MKHf0vCbUQ_AUICigB | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6300 | 08/17/2018 06:44:14 PM | maps location sharing - Google Search | https://www.google.com/search?q=maps+location+sharing&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6301 | 08/17/2018 06:44:10 PM | maps location sharing - Bing | https://www.bing.com/search?q=maps+location+sharing&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6302 | 08/17/2018 06:43:47 PM | maps location sharing - Bing | https://www.bing.com/search?q=maps+location+sharing&pc=MOZI&form=MOZLBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Date Visited** | **Title** | **URL** | **Source** |
| 6303 | 08/17/2018 01:30:57 PM | Greater Dayton RTA on Twitter: "Construction on the Keowee Street bridge will close the roadway north of Stanley Avenue." | https://twitter.com/GDRTA/status/1030513886896775168 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6304 | 08/17/2018 01:29:48 PM | CTA Employee Search Page | http://elink.corp.transitchicago.com/ctadir/empSearch_n.php?page=1&limit=15&fieldname=lastname&searchItem=copp&submit.x=0&submit.y=0 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6305 | 08/17/2018 01:29:44 PM | CTA Intranet | http://elink.corp.transitchicago.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6306 | 08/17/2018 01:07:38 PM | Greater Dayton RTA on Twitter: "Construction on the Keowee Street bridge will close the roadway north of Stanley Avenue." | https://twitter.com/GDRTA/status/1030513886896775168 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6307 | 08/17/2018 01:07:14 PM | 1ST @ SEARS (NORTHBOUND F AND G) - Estimated Arrival Times | http://ridetime.greaterdaytonrta.org/bustime/eta/eta.jsp?route=17&direction=NORTHBOUND%20F%20AND%20G&stop=1ST%20%40%20SEARS&id=2189&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6308 | 08/17/2018 01:04:27 PM | Replacement of Keowee Street Bridge expected to last through 2019 \| WRGT | https://fox45now.com/news/local/how-to-get-around-keowee-street-bridge-construction | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6309 | 08/17/2018 01:04:26 PM | | http://fox45now.com/news/local/how-to-get-around-keowee-street-bridge-construction | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6310 | 08/17/2018 01:04:22 PM | Keowee bridge closure - Google Search | https://www.google.com/search?q=Keowee+bridge+closure&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6311 | 08/17/2018 12:51:12 PM | 1ST @ SEARS (NORTHBOUND F AND G) - Estimated Arrival Times | http://ridetime.greaterdaytonrta.org/bustime/eta/eta.jsp?route=17&direction=NORTHBOUND%20F%20AND%20G&stop=1ST%20%40%20SEARS&id=2189&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6312 | 08/17/2018 12:35:07 PM | Enhanced Class Decompiler \| ecd | https://ecd-plugin.github.io/ecd/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6313 | 08/17/2018 12:35:06 PM | | http://ecd-plugin.github.io/ecd/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6314 | 08/17/2018 12:35:06 PM | Redirecting to ECD Homepage | https://ecd-plugin.github.io/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6315 | 08/17/2018 12:33:47 PM | | https://dl.bintray.com/tha/eclipserepo/plugins/org.freejava.javasourceattacher_1.2.8.jar | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6316 | 08/17/2018 12:33:20 PM | Java Source Attacher \| Eclipse Plugins, Bundles and Products - Eclipse Marketplace | http://marketplace.eclipse.org/content/java-source-attacher | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6317 | 08/17/2018 12:32:52 PM | java - Attach the Source in Eclipse of a jar - Stack Overflow | https://stackoverflow.com/questions/15180411/attach-the-source-in-eclipse-of-a-jar | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6318 | 08/17/2018 12:32:49 PM | eclipse use folder source jar - Bing | https://www.bing.com/search?q=eclipse+use+folder+source+jar&qs=n&form=QBRE&sp=-1&pq=eclipse+use+folder+source+ja&sc=0-28&sk=&cvid=D443A15E2A304A37BD7C440E9EBC14C4 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6319 | 08/17/2018 12:32:22 PM | java - How do I set a folder as a Source Folder in Eclipse with Gradle? - Stack Overflow | https://stackoverflow.com/questions/13334527/how-do-i-set-a-folder-as-a-source-folder-in-eclipse-with-gradle | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6320 | 08/17/2018 12:32:19 PM | eclipse use folder of source - Bing | https://www.bing.com/search?q=eclipse+use+folder+of+source&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6321 | 08/17/2018 12:31:02 PM | Enhanced Class Decompiler \| Eclipse Plugins, Bundles and Products - Eclipse Marketplace | https://marketplace.eclipse.org/content/enhanced-class-decompiler#group-details | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6322 | 08/17/2018 12:30:57 PM | Enhanced Class Decompiler \| Eclipse Plugins, Bundles and Products - Eclipse Marketplace | https://marketplace.eclipse.org/content/enhanced-class-decompiler#group-external-install-button | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6323 | 08/17/2018 12:30:39 PM | Enhanced Class Decompiler \| Eclipse Plugins, Bundles and Products - Eclipse Marketplace | https://marketplace.eclipse.org/content/enhanced-class-decompiler | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6324 | 08/17/2018 12:30:22 PM | eclipse cfr source - Bing | https://www.bing.com/search?q=eclipse+cfr+source&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6325 | 08/17/2018 12:19:49 PM | An script to decompile multiple java classes with CFR Java Decompiler: http://www.benf.org/other/cfr/ | https://gist.github.com/cspinetta/f88007249bd54092094443c5cd8dd1eb | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6326 | 08/17/2018 12:19:48 PM | | https://gist.github.com/auth/github?return_to=https%3A%2F%2Fgist.github.com%2Fcspinetta%2Ff88007249bd54092094443c5cd8dd1eb | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6327 | 08/17/2018 12:19:48 PM | An script to decompile multiple java classes with CFR Java Decompiler: http://www.benf.org/other/cfr/ | https://gist.github.com/cspinetta/f88007249bd54092094443c5cd8dd1eb | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6328 | 08/17/2018 12:19:48 PM | | https://gist.github.com/f88007249bd54092094443c5cd8dd1eb | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6329 | 08/17/2018 12:19:45 PM | cfr java save to folder - Google Search | https://www.google.com/search?q=cfr+java+save+to+folder&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6330 | 08/17/2018 12:19:40 PM | cfr java save to folder - Bing | https://www.bing.com/search?q=cfr+java+save+to+folder&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6331 | 08/17/2018 12:19:15 PM | CFR - yet another java decompiler. | http://www.benf.org/other/cfr/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6332 | 08/17/2018 12:19:13 PM | cfr java - Bing | https://www.bing.com/search?q=cfr+java&qs=n&form=QBRE&sp=-1&pq=cfr+ja&sc=8-6&sk=&cvid=9F4DFF1EE94E49A7BCED4D6E5B6E1065 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6333 | 08/17/2018 12:19:10 PM | cfr - Bing | https://www.bing.com/search?q=cfr&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6334 | 08/17/2018 12:15:09 PM | | http://ridetime.greaterdaytonrta.org/bustime/api/v3/getvehicles?key=AmBgmDk5gUCVpyzXdAfNaE3Gz&rt=60 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6335 | 08/17/2018 12:15:04 PM | | http://ridetime.greaterdaytonrta.org/bustime/api/v3/getvehicles?key=AmBgmDk5gUCVpyzXdAfNaE3Gz&rt=62 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6336 | 08/17/2018 12:14:48 PM | ABBEY @ INNOVATION (EASTBOUND) - Estimated Arrival Times | http://ridetime.greaterdaytonrta.org/bustime/eta/eta.jsp?route=60&direction=EASTBOUND&stop=ABBEY%20%40%20INNOVATION&id=7476&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6337 | 08/17/2018 12:14:27 PM | --- - Estimated Arrival Times | http://ridetime.greaterdaytonrta.org/bustime/eta/eta.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6338 | 08/17/2018 12:14:16 PM | ttc eta.jsp - Bing | https://www.bing.com/search?q=ttc+eta.jsp&qs=n&form=QBRE&sp=-1&pq=ttc+eta.j&sc=7-9&sk=&cvid=4655C3C5D62D427B90FF09FE75F80484 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6339 | 08/17/2018 12:13:37 PM | TTC Buses | https://www.ttc.ca/Routes/Buses.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6340 | 08/17/2018 12:13:32 PM | ttc bustime - Bing | https://www.bing.com/search?q=ttc+bustime&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6341 | 08/17/2018 12:13:21 PM | 7 at Bathurst St At Sheppard Ave West - TTC | https://ttcbustracker.com/BusData.aspx?stopno=200&busnum0=7&direction0=7-Bathurst&agency=ttc | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6342 | 08/17/2018 12:13:18 PM | Bathurst St At Sheppard Ave West Bus Schedule / Times - TTC | https://ttcbustracker.com/StopBuses.aspx?StopNo=200&Agency=ttc | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6343 | 08/17/2018 12:13:06 PM | TTC Bus Tracker | https://ttcbustracker.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6344 | 08/17/2018 12:12:41 PM | TTC Buses | https://www.ttc.ca/Routes/Buses.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6345 | 08/17/2018 12:12:35 PM | ttc bustime - Google Search | https://www.google.com/search?q=ttc+bustime&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6346 | 08/17/2018 11:33:56 AM | | http://ctabustracker.com/bustime/api/v3/getvehicles?key=AmBgmDk5gUCVpyzXdAfNaE3Gz&rt=60 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6347 | 08/17/2018 11:33:53 AM | | http://ctabustracker.com/bustime/api/v3/getvehicles?key=sPzME8CRUjwUpFQrdWvh5kNLV&rt=60 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6348 | 08/17/2018 11:33:48 AM | CTA \| Bus Tracker | http://10.48.65.163:8080/bustime/home.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6349 | 08/17/2018 11:33:37 AM | | http://mybusnow.njtransit.com/bustime/api/v3/getvehicles?key=AmBgmDk5gUCVpyzXdAfNaE3Gz&rt=62 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6350 | 08/17/2018 11:33:15 AM | | http://mybusnow.njtransit.com/bustime/api/v3/getvehicles?key=sPzME8CRUjwUpFQrdWvh5kNLV&rt=62 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date Visited | Title | URL | Source |
| 6351 | 08/17/2018 11:33:00 AM | | http://mybusnow.njtransit.com/bustime/api/v3/getvehicles?key=sPzME8CRUjwUpFQrdWvh5kNLV&rt=60 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6352 | 08/17/2018 11:32:40 AM | --- - Estimated Arrival Times | http://mybusnow.njtransit.com/bustime/eta/eta.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6353 | 08/17/2018 11:32:36 AM | njt bustime - Bing | https://www.bing.com/search?q=njt+bustime&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6354 | 08/17/2018 11:32:02 AM | New Jersey Transit | https://www.njtransit.com/mt/mt_servlet.srv?hdnPageAction=MTDevLoginTo | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6355 | 08/17/2018 11:32:01 AM | | https://www.njtransit.com/developer | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6356 | 08/17/2018 11:31:54 AM | njt api - Bing | https://www.bing.com/search?q=njt+api&qs=n&form=QBRE&sp=-1&pq=njt+api&sc=8-7&sk=&cvid=D9A36970413447128D8355FE2FF7989E | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6357 | 08/17/2018 11:31:48 AM | njt - Bing | https://www.bing.com/search?q=njt&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6358 | 08/17/2018 10:41:08 AM | java "super.if" - Google Search | https://www.google.com/search?q=java+%22super.if%22&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6359 | 08/17/2018 10:41:02 AM | java "super.if" - Bing | https://www.bing.com/search?q=java+%22super.if%22&qs=n&form=QBRE&sp=-1&pq=java+%22super.if%22&sc=4-15&sk=&cvid=F8C2EB2884C744A9847813E8881BECCA | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6360 | 08/17/2018 10:40:50 AM | java super.if - Bing | https://www.bing.com/search?q=java+super.if&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6361 | 08/17/2018 10:31:19 AM | Maven Repository: org.apache.commons » commons-lang3 » 3.5 | https://mvnrepository.com/artifact/org.apache.commons/commons-lang3/3.5 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6362 | 08/17/2018 10:31:17 AM | Maven Repository: org.apache.commons » commons-lang3 | https://mvnrepository.com/artifact/org.apache.commons/commons-lang3 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Date Visited** | **Title** | **URL** | **Source** |
| 6363 | 08/17/2018 10:30:48 AM | Maven Repository: org.apache.commons | https://mvnrepository.com/artifact/org.apache.commons | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6364 | 08/17/2018 10:30:36 AM | Maven Repository: org.apache.commons » commons-lang3 » 3.1 | https://mvnrepository.com/artifact/org.apache.commons/commons-lang3/3.1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6365 | 08/17/2018 10:28:44 AM | Maven Repository: org.apache.commons » commons-lang3 » 3.7 | https://mvnrepository.com/artifact/org.apache.commons/commons-lang3/3.7 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6366 | 08/17/2018 10:28:41 AM | Maven Repository: org.apache.commons » commons-lang3 | https://mvnrepository.com/artifact/org.apache.commons/commons-lang3 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6367 | 08/17/2018 10:28:37 AM | apache commons maven - Bing | https://www.bing.com/search?q=apache+commons+maven&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6368 | 08/17/2018 10:26:22 AM | Spyro Remaster Trilogy Delayed For PS4 And Xbox One - GameSpot | https://www.gamespot.com/articles/spyro-remaster-trilogy-delayed-for-ps4-and-xbox-on/1100-6461228/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6369 | 08/17/2018 10:18:09 AM | jdk7u-jdk/Calendar.java at master · openjdk-mirror/jdk7u-jdk | https://github.com/openjdk-mirror/jdk7u-jdk/blob/master/src/share/classes/java/util/Calendar.java | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6370 | 08/17/2018 10:18:00 AM | JDK 7 Calendar | http://openjdk.java.net/projects/jdk7/calendar/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6371 | 08/17/2018 10:17:41 AM | java calendar field - Google Search | https://www.google.com/search?q=java+calendar+field&ie=utf-8&oe=utf-8&client=firefox-b-1 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6372 | 08/17/2018 10:17:37 AM | java calendar field - Bing | https://www.bing.com/search?q=java+calendar+field&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6373 | 08/17/2018 10:17:05 AM | Constants value in Calendar « Calendar « Date Calendar « Development « Java Book | http://www.java2s.com/Book/Java/0060__Development/Constants_value_in_Calendar.htm | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6374 | 08/17/2018 10:17:00 AM | calendar constants - Bing | https://www.bing.com/search?q=calendar+constants&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **Date Visited** | **Title** | **URL** | **Source** |
| 6375 | 08/17/2018 10:16:37 AM | Java.util.Calendar.Add() Method Example | https://www.tutorialspoint.com/java/util/calendar_add.htm | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6376 | 08/17/2018 10:16:34 AM | calendar.add - Bing | https://www.bing.com/search?q=calendar.add&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6377 | 08/17/2018 10:11:01 AM | 127th Street & Emerald (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6378 | 08/17/2018 10:09:36 AM | This is my Shibe : shiba | https://www.reddit.com/r/shiba/comments/97sok1/this_is_my_shibe/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6379 | 08/17/2018 10:00:09 AM | java rmi credentials - Bing | https://www.bing.com/search?q=java+rmi+credentials&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6380 | 08/17/2018 09:51:09 AM | Epoch Converter - Unix Timestamp Converter | https://www.epochconverter.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6381 | 08/17/2018 09:51:06 AM | unix timestamp - Bing | https://www.bing.com/search?q=unix+timestamp&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6382 | 08/17/2018 09:50:02 AM | Unix Time Stamp - Epoch Converter | https://www.unixtimestamp.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6383 | 08/17/2018 09:50:01 AM | Unix Time Stamp - Epoch Converter | http://www.unixtimestamp.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6384 | 08/17/2018 09:48:44 AM | Hex to Decimal Converter \| Convert Hexadecimal to Binary | https://www.easycalculation.com/hex-converter.php | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6385 | 08/17/2018 09:48:36 AM | convert hex to decimal - Bing | https://www.bing.com/search?q=convert+hex+to+decimal&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6386 | 08/17/2018 09:46:37 AM | Unix Time Stamp - Epoch Converter | https://www.unixtimestamp.com/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Date Visited** | **Title** | **URL** | **Source** |
| 6387 | 08/17/2018 09:46:35 AM | unix timestamp - Bing | https://www.bing.com/search?q=unix+timestamp&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6388 | 08/17/2018 09:41:40 AM | php invoke java rmi - Bing | https://www.bing.com/search?q=php+invoke+java+rmi&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6389 | 08/17/2018 09:40:21 AM | PHP/Java Bridge / Thread: [Php-java-bridge-users] Newbie JavaBridge RMI problem | https://sourceforge.net/p/php-java-bridge/mailman/php-java-bridge-users/thread/4E77B08D.9050608@oebb.net/ | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6390 | 08/17/2018 09:39:51 AM | Remotely calling Java from php - Stack Overflow | https://stackoverflow.com/questions/6527677/remotely-calling-java-from-php | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6391 | 08/17/2018 09:39:48 AM | java rmi php - Bing | https://www.bing.com/search?q=java+rmi+php&qs=n&form=QBRE&sp=-1&pq=java+rmi+php&sc=8-12&sk=&cvid=2DEAD3AA7F4B43A787384087BCE39199 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6392 | 08/17/2018 09:38:35 AM | What protocol does RMI use to communicate between objects? Do developers need to know the underlying protocol (eg. UDP, TCP/IP) while developing RMI applications? | http://www.jguru.com/faq/view.jsp?EID=23444 | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6393 | 08/17/2018 09:38:02 AM | java rmi protocol - Bing | https://www.bing.com/search?q=java+rmi+protocol&pc=MOZI&form=MOZSBR | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6394 | 08/16/2018 12:49:32 PM | 127th Street & Emerald (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp?route=8A&direction=Northbound&stop=127th%20Street%20%26%20Emerald&id=5974&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6395 | 08/16/2018 12:49:30 PM | 12100 S Halsted (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp?route=8A&direction=Northbound&stop=12100%20S%20Halsted&id=5981&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6396 | 08/16/2018 12:49:28 PM | Halsted & 104th Street (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp?route=8A&direction=Northbound&stop=Halsted%20%26%20104th%20Street&id=3652&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6397 | 08/16/2018 12:49:02 PM | Halsted & 101st Street (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp?route=8A&direction=Northbound&stop=Halsted%20%26%20101st%20Street&id=3655&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |
| 6398 | 08/16/2018 12:48:45 PM | 79th Street & Normal (Northbound) - Estimated Arrival Times | http://10.48.65.163:8080/bustime/eta/eta.jsp?route=8A&direction=Northbound&stop=79th%20Street%20%26%20Normal&id=2767&showAllBusses=on | 4D02045_PablevCTA_Dell_3DS2P22.E01 - Partition 4 (Microsoft NTFS, 1 TB)-[ROOT]\Users\cpable\AppData\roaming\Mozilla\Firefox\Profiles\z2vdll2s.default\places.sqlite |