# Exhibit 8

| | |
|---|---|
| **From:** | Harrington, Tim <tharrington@greaterdaytonrta.org> |
| **Sent:** | Friday, August 24, 2018 5:38 PM |
| **To:** | Haynes, Michael |
| **Subject:** | RE: CleverDevices API test : Extra Keowee Bridge Tweet |

**\*\*EXTERNAL EMAIL\*\*** This email originated outside of CTA. **\*\*NEVER CLICK or OPEN\*\*** unexpected links or attachments. **\*\*NEVER\*\*** provide User ID or Password. CTA IT Support will NEVER ask you for such information. If this email seems suspicious, contact CTA Help Desk at x12345.

Mike,

Hello Mike, we met when you were touring us at the Clever Devices User Conference in 2017. I am quite impressed with your group and the extensive work you do.

My understanding is that Clever put out a fix that closed this earlier in the week. Is that what you understand?

In the future would you please let me know prior to attempting such "testing"? My boss, our CFO, was quite concerned and is considering whether we should be considering legal action against you. I am working to convince her that you did not do or intend to do any harm.

I see and appreciate the value of what you did. However I had to report it to my boss before she heard it from others. I even had to talk to my CEO about it. He did not seem quite as concerned but glad to be aware.

Please let me know how we can keep the lines of communication open.

Sincerely,

*Tim Harrington*
**Chief Information Officer**
Greater Dayton RTA | 4 S. Main St | Dayton, OH 45402
Office: (937) 425-8321 | Web: i-riderta.org



**From:** Olson, Jessica
**Sent:** Thursday, August 23, 2018 10:36 AM
**To:** Policicchio, Brandon; Harrington, Tim
**Cc:** Wichie, Allison
**Subject:** FW: CleverDevices API test : Extra Keowee Bridge Tweet

I'm talking about Tony about this right now…. But not good.

**Jessica Olson**
**Communications Manager**
Greater Dayton RTA | 4 S. Main St | Dayton, OH 45402
**Office:** (937) 425-8352 | **Fax:** (937) 425-8411| **Web: i-riderta.org**



**From:** Haynes, Michael [mailto:Mhaynes@transitchicago.com]
**Sent:** Monday, August 20, 2018 9:22 AM
**To:** Olson, Jessica <jolson@greaterdaytonrta.org>
**Cc:** Pable, Christopher <cpable@transitchicago.com>
**Subject:** CleverDevices API test : Extra Keowee Bridge Tweet

Jessica,

Greetings from the CTA in Chicago!

We need to come clean with a test that we did on Friday on the CleverDevices Customer Alert system. It seems there is an API to push alerts into the system and not have to rely on the BusTime Admin console. Such a feature is something we have long wanted to utilize as our customer service agents are putting bus alerts into two systems (website alerts & BusTime Admin console) for the better part of a decade. In our investigation we actually found a "skeleton key" backdoor into the CleverDevices BusTime API.

We poked around the tubes of the Internet to find other CleverDevices customers who use the Customer Alerts and we did a small penetration test. In the interest of care, we just copied an existing alert to essentially create a duplicate alert and then take it back out to test the vulnerability. We duplicated a message on route #17 about the Keowee Street Bridge. We didn't realize that you have Twitter integration with the CleverDevices BusTime API and it fired out a tweet. We quickly noticed that the Keowee Street bridge has been out for quite some time and will remain out for at least the rest of the year.

Please accept our sincerest apologies! Rest assured, your Twitter feed was not hacked! It was pushed to Twitter by BusTime from our push of a duplicate alert in your system.
https://twitter.com/GDRTA/status/1030513886896775168

1

CTA-PABLE00016148

We are in the process of drafting a notice to CleverDevices senior management exposing the vulnerability in the BusTime Customer Alert API and will share the response and discussion with you.  I want to prepare a list of affected properties and we are grateful for your forgiveness here in the effort of making our respective BusTime systems secure.

Please do not hesitate to reach out to us and we look forward to keeping you apprised of resolving this risk in our mutual systems.

Thanks!

 --Mike

_____
Mike Haynes
Chicago Transit Authority
Technology Management, 8th Floor
567 W. Lake St.
Chicago, IL 60661-1465
mhaynes@transitchicago.com    BEST
312-681-3619

CTA-PABLE00016149