# Exhibit 9

| | |
|---|---|
| **From:** | Scott B. Chapuis <SChapuis@CleverDevices.com> |
| **Sent:** | Tuesday, August 21, 2018 11:44 AM |
| **To:** | Haynes, Michael |
| **Cc:** | Craig Lang; Christos Karanicolas |
| **Subject:** | RE: BusTime API Security Risk : ALL Customers |

Mike,

I would like to confirm our product teams have validated the security issue identified in your email below and they are in process of closing the whole on all client deployments.

I have requested an official update for you which will be provided. However, Christos would like to talk to you first. Would you be available at 3 PM CT today?

Please confirm on time and I will setup call.

Thanks,

Scott

Scott Chapuis / (M) 516-813-5814 / schapuis@cleverdevices.com

> **From:** Haynes, Michael <Mhaynes@transitchicago.com>
> **Sent:** Monday, August 20, 2018 10:57 AM
> **To:** Craig Lang <clang@cleverdevices.com>
> **Cc:** Pable, Christopher <cpable@transitchicago.com>; Erik Mills <emills@cleverdevices.com>; Carl Komosa <ckomosa@cleverdevices.com>; Scott B. Chapuis <schapuis@cleverdevices.com>; Matthew Turman <mturman@cleverdevices.com>; Mark Dema <mdema-consultant@cleverdevices.com>; Tom Alicoate <talicoate@cleverdevices.com>
> **Subject:** BusTime API Security Risk : ALL Customers
> **Importance:** High

Craig:

My team has identified a security risk to the BusTime Application Programming Interface (API) that affects all BusTime customers, and allows the potential to post malicious customer alerts to any property using the API. We actually successfully posted a duplicate alert in Dayton's BusTime, and removed it seconds later. Actually, since they have integration with Twitter we actually inadvertently created a Twitter post:

https://twitter.com/GDRTA/status/1030513886896775168

1

CD - 000423

(We should have picked an alert that was not about a year long bridge outage!)

**History:**

CTA has long desired a way to push Customer Alerts into the BusTime ecosystem as we have staff entering bus customer alerts twice (CTA Customer Alerts for our website and the BusTime Admin console). We found that in BusTime there were capabilities for a BusTracker Customer Alert injection API. We found that the ability to push alert data into BusTime requires the so-called "Restricted" key which allows access to some additional fields in the BusTracker API (Run, Operator, Block, Trip, Server time). At CTA we only give a restricted key to trusted partners (Google for GTFS-RT, Swiftly, researchers) who are typically under contract or signed agreement.

We then found that there is actually a common restricted key across all customers: "AmBgmD****3Gz"!

**Example:**

Having no relation with Greater Dayton Ohio RTA, we not only have access to their alert publishing API, we can see the restricted fields in their normal BusTracker API: (Yellow fields below are "restricted")

```
<bustime-response>

    <vehicle>
        <vid>1040</vid>

        <tmstmp>20180820 10:48</tmstmp>
        <lat>39.64283051029329</lat>
        <lon>-84.28885945966167</lon>
        <hdg>192</hdg>
        <pid>59</pid>
        <rt>60</rt>
        <des>Miamisburg via Austin</des>
        <pdist>61926</pdist>

            <oid>3417</oid>
            <rid>905</rid>
            <or>false</or>
            <blk>17602</blk>
            <tripid>396418020</tripid>
            <srvtmstmp>20180820 10:48</srvtmstmp>

        <dly>false</dly>
        <spd>12</spd>
        <tablockid>90809</tablockid>
        <tatripid>396418</tatripid>
        <zone></zone>
        <mode>1</mode>
    </vehicle>
```

2

CD - 000424

Injected Customer Alert:



**Knowledge:**

We informed Greater Dayton this morning in an email (attached), with no reply as yet. No one at a level higher than manager knows of this at CTA. Myself, Chris Pable and Tony Coppoletta (Mgr. External Communications) are all that know the full scope of this vulnerability. Those copied here from CleverDevices are being informed with this message.

**Remedy:**

*Long-term:*

The skeleton API key should be a parameter that can be deactivated post development or on a production server. We recognize the value in having a common test API key across all customers, however that key should not be active after deployment and testing are complete.

3

CD - 000425

*Short-term:*

Agencies can block at the Firewall level access to the "/bustime/api/restricted" subtree to only those IPs that are internal to the agency.

**Request:**

We request that the CTA have access to the Customer Alert Insert API feature of BusTime in exchange for having found this potentially serious security flaw. Please document a zero cost quote and provide documentation that indicates that we are allowed full access to these features of the BusTime API.

Thank you for your attention to this matter in informing the development team as well as affected customers.

--Mike

**Properties Evaluated:**
GRTA (Dayton, OH) - Affected
NJT (New Jersey) - NO API Access
SBMTD (Santa Barbara, CA) - Affected (Does not use Service Bulletins)
CCTA (Concord, CA) - Affected (Does not use Service Bulletins)
Ft. Collins, CO - Affected
SCTC (St. Catharines by Niagara) - Affected (Does not use Service Bulletins)
LeeTran (Ft. Myers, FL) - Affected (Does not use Service Bulletins)
COBB (Linc: Marietta, GA) - Affected (Does not use Service Bulletins)
Torrance Transit, Cnada - Affected
CTA (Chicago, IL) - Affected
Loudon County (Leesburg, VA) - Affected
Fairfax County (Fairfax, VA) - Affected
SMTT (Portland, ME) - Affected (Does not use Service Bulletins)
Pittsburg, PA - Affected (Does not use Service Bulletins)
MCTS (Milwaukee, WI) - Affected
WRTA (Worcester, MA) - Affected
GRTC (Richmond, VA) - Affected
PSTA (St. Petersburg, FL) - Affected
SCAT (Sarasota, FL) - Affected (Does not use Service Bulletins)
RFTA (Aspen, CO) - Affected (Does not use Service Bulletins)
Centro (Syracuse, NY) - Affected
The Ride (Ann Arbor, MI) - Affected
WEGO (Niagra Falls, Canada) - Affected (Does not use Service Bulletins)
RTA (Riverside, CA) - Affected

4

CD - 000426

Miami, WMATA - Do not use BusTracker

_____

Mike Haynes
Chicago Transit Authority
Technology Management, 8th Floor
567 W. Lake St.
Chicago, IL 60661-1465
mhaynes@transitchicago.com BEST
312-681-3619

5

CD - 000427