# Exhibit 10

P000033



# Fwd: CleverDevices API test : Extra Keowee Bridge Tweet

1 message

**Mike Haynes** ███████████████████                      Fri, Aug 24, 2018 at 1:42 PM
To: Trinity Haynes ███████████████████, Chris Pable ██████████████

Ugh...

I'll probably give this guy a call in a little bit.  I think they are an hour ahead of us.  I guess I just wish we never did this last week.  Totally my fault.

(Just got your text Chris...)  Yea, late next week before the holiday we can advise our management if it is still bugging us, but we are ok, if anything this is a huge embarrassment to Clever Devices and they are mad at us.  Don't shoot the messenger... and we are essentially a messenger, a wild and crazy messenger but still just a messenger.


   --Mike


---------- Forwarded message ---------
From: Haynes, Michael <Mhaynes@transitchicago.com>
Date: Fri, Aug 24, 2018 at 1:08 PM
Subject: Re: CleverDevices API test : Extra Keowee Bridge Tweet
To: Harrington, Tim <tharrington@greaterdaytonrta.org>


Tim,

Yes, I think I remember meeting you at the User Conference.  This all happened quite fast last week as my main developer and I found an issue a few weeks ago about the Customer Alert API (a feature we really want to start using) and a security risk given the restricted key nature.  But then on Friday (8/17) we found a global restricted key.  I do sincerely regret actually testing it, we already knew it would work because we could see yours and other agencies API data without ever having registered.

I wish I had remembered your name and connection information and slowed down a bit!  We thought we would just duplicate an existing alert and then remove it right away (which we did).  Then we found that it hit your Twitter given that integration.  Actually that alerted us to the idea that the security hole was an even larger risk to Clever Devices customers with the Twitter integration (we do not have that integration here at CTA).  Of course it was a concern for us as we then realized that the

P000033

P000034

Keowee bridge is out for a long time and it looked silly tweeting about it in August of a months long reroute.

Again, I am so truly sorry and regretful, and I take full responsibility. We intended no harm then, now or in the future. We found Jessica Olson online and drafted an email on Monday morning to advise. We then emailed Clever Devices (see attached) a full work up. They were more about admonishment of us then acknowledgement of the issue but we did speak to their VP of Engineering on Tuesday 8/21 in the afternoon. By that point they had already patched your system and ours, apparently without telling either of us.

I sincerely regret my actions but I am glad we were able to make all of our systems more secure. I am disappointed in Clever Devices that such a global API key would exist in their system, and that they remedied systems without discussion with us.

Please assure my deepest apologies to your senior management and rest assured that we are protected now better than before and I promise to keep the lines of communication open!

Much thanks for reaching out!


--Mike


-----------------------------

Mike Haynes

Chicago Transit Authority

Technology Management, 8th Floor

567 W. Lake St.

Chicago, IL 60661-1465

mhaynes@transitchicago.com   BEST

312-681-3619


From: Harrington, Tim <tharrington@greaterdaytonrta.org>
Sent: Friday, August 24, 2018 12:37
To: Haynes, Michael
Subject: RE: CleverDevices API test : Extra Keowee Bridge Tweet

P000034