# Exhibit 5

**rta** =Ride Time

FIND BY STOP #: [3930]   [ Find ]

OR

1. SELECT ROUTE          2. SELECT DIRECTION     3. SELECT STOP
[17 - ROUTE 17 ▼]  [NORTHBOUND F AN ▼]  [                    ▼]  [ Map ]

☑ SHOW ALL VEHICLES FOR THIS STOP

TEXT "RTA 3930" TO 41411 FOR ARRIVAL TIMES

---

### BROWN SCHOOL @ LARRY (NORTHBOUND F AND G)          1:57 PM  78°F

RT 17 Keowee bridge   RT 17 Keowee bridge detour

**ROUTE / DESTINATION**                    **ESTIMATED ARRIVAL / VEHICLE #**

**17**                                          **1 MINUTE**
**To Vandalia to East Loop**                              1702

CTA-PABLE00000275