# Exhibit 18

<sms **TO ME** body="Otc or hill?" sent="1541182816683" readable_date="Nov 02, 2018 1:20:17 PM">

<sms **TO ME** body="Curious about your letter when you get a chance" sent="1541190920208" readable_date="Nov 02, 2018 3:35:23 PM">

<sms **FROM ME** body="Will send when I get home. Chris, words cannot express the gratitude I have for our friendship. You are fantastic, and I am proud to be your friend. Rest up this weekend, as will I, time with the family." sent="1541194789439" readable_date="Nov 02, 2018 4:39:49 PM">

…

<sms **FROM ME** body="I'm tired but can't sleep.  Here's my resignation letter:" sent="1541230412270" readable_date="Nov 03, 2018 2:33:43 AM">

<sms **TO ME** body="I can't sleep either... Another sleepless night for me" sent="1541230539367" readable_date="Nov 03, 2018 2:36:16 AM">

<sms **TO ME** body="Yours is so much nicer than mine. Mine is so bitter and nasty" sent="1541230671154" readable_date="Nov 03, 2018 2:37:53 AM">

<sms **FROM ME** body="Template.... I just copied text from some website and plugged things in and cleaned it up." sent="1541230835046" readable_date="Nov 03, 2018 2:40:41 AM">

<sms **TO ME** body="Well I'm glad you left on a positive note. I would have just burned all my bridges" sent="1541230916531" readable_date="Nov 03, 2018 2:41:58 AM">

<sms **FROM ME** body="I did text Lang in a fit of rage.  Something like "I hope you got what you wanted" and "I want nothing to do with you or your circle again"" sent="1541230983509" readable_date="Nov 03, 2018 2:43:06 AM">

<sms **FROM ME** body="I got back from him: "Whether you believe it or not, it wasn't what I wanted nor pursued."" sent="1541231034982" readable_date="Nov 03, 2018 2:43:56 AM">

<sms **TO ME** body="I'm regretting not offering up the mistreatment on that clever phone call in the interview now" sent="1541231122635" readable_date="Nov 03, 2018 2:45:23 AM">

<sms **TO ME** body="I tried to play it as a only answer what's presented to me and offer nothing extra" sent="1541231174703" readable_date="Nov 03, 2018 2:46:15 AM">

<sms **FROM ME** body="Don't regret. I regret not asking more questions in general.  Regret is just not worth the stress.  I also wonder if maybe Rajiv was behind this to some extent." sent="1541231197610" readable_date="Nov 03, 2018 2:46:47 AM">

<sms **TO ME** body="I don't know honestly. The interview had clever written all over it. Even if it came from someone other than Lang, it came from clever and CTA had a field day" sent="1541231302137" readable_date="Nov 03, 2018 2:49:21 AM">

<sms **FROM ME** body="Yea.  I just wonder how much reading of email that guy does and he hated me." sent="1541231368599" readable_date="Nov 03, 2018 2:49:33 AM">

<sms **TO ME** body="Well he hated you for the wrong reasons" sent="1541231408273" readable_date="Nov 03, 2018 2:50:10 AM">

<sms **FROM ME** body="I'm going to get something to eat, drink some water and read/rest.  We'll talk soon." sent="1541231418288" readable_date="Nov 03, 2018 2:50:24 AM">

<sms **FROM ME** body="Yea true that...." sent="1541231431852" readable_date="Nov 03, 2018 2:50:35 AM">

<sms **TO ME** body="Have a good night then. I'm going to keep squeezing my dog" sent="1541231454489" readable_date="Nov 03, 2018 2:50:56 AM">

<sms **TO ME** body="How are you holding up?" sent="1541287292880" readable_date="Nov 03, 2018 6:21:36 PM">

<sms **FROM ME** body="Trinity keeps making fun of me, her way of coping. She says hi by the way. Me, I'm making my sign for standing on the street corner... Trinity laughing... Actually I'm looking at the job boards, and unemployment paperwork. How about you?" sent="1541287427103" readable_date="Nov 03, 2018 6:23:47 PM">

<sms **TO ME** body="Don't forget the tin can and fingerless gloves... Kidding. I'm panicked, as usual, but a little less since I have SOME ANSWERS. And I have solace in the whatever happens, even if I keep my job, I think I have a case against cta" sent="1541287582615" readable_date="Nov 03, 2018 6:26:25 PM">

1

MH4

<sms **FROM ME** body="Yep, just blame me! I'm already under the bus, just toss her in reverse...that is while the buses are still working!" sent="1541287678622" readable_date="Nov 03, 2018 6:27:58 PM">

<sms **TO ME** body="Naw, this is absolutely "hostile environment" territory. I am actually excited to see what happens with daylight savings tomorrow" sent="1541287755908" readable_date="Nov 03, 2018 6:29:17 PM">

<sms **FROM ME** body="Right.... The annual something goes wrong and we swoop in and fix by Monday. Oh well... Good luck Jim!" sent="1541287846351" readable_date="Nov 03, 2018 6:30:46 PM">

…

<sms **TO ME** body="Your making me all emotional now... Because I don't think I could ever work with anyone as well as I worked with you" sent="1541289464667" readable_date="Nov 03, 2018 6:57:46 PM">

<sms **FROM ME** body="And me the same feeling about you, don't feel emotional, feel like it is going to turn around. Five weeks there, surgery, and move on to make some money (both of us really) and then we join back up and create something, back in the realm of public good and data and such." sent="1541289597214" readable_date="Nov 03, 2018 7:00:00 PM">

<sms **FROM ME** body="It is merely a transition, not easy, and will take some time.  Honestly, I'm still waiting for the opportunity to join forces with my friends from Grad school, █████████████████████████████, we have tons of time in our lives and the world and best is still yet to come.  I'm positive of that really." sent="1541289678150" readable_date="Nov 03, 2018 7:01:21 PM">

<sms **FROM ME** body="We have this extra hour of agony this weekend! Argh!" sent="1541343932928" readable_date="Nov 04, 2018 9:05:41 AM">

<sms **FROM ME** body="Looking back, I see that I sent some stupid messages to my gmail back in August." sent="1541343969744" readable_date="Nov 04, 2018 9:06:12 AM">

<sms **TO ME** body="Which messages?" sent="1541344680615" readable_date="Nov 04, 2018 9:18:01 AM">

<sms **FROM ME** body="I sent my personal email the key and the code I used to check the other TAs, as well as forwards of the messages to/from Dayton and Clever." sent="1541344716022" readable_date="Nov 04, 2018 9:18:38 AM">

<sms **FROM ME** body="I pleaded "did not recall" as I "do not have access to my work email".  So it is not like I knew this sitting there on Friday." sent="1541344753381" readable_date="Nov 04, 2018 9:19:16 AM">

<sms **FROM ME** body="I can say this, Torrance, SCTC, Maine, Pitt, Niagra, Loudoun county, Fairfax, FCGOV are all still at risk." sent="1541344809972" readable_date="Nov 04, 2018 9:20:13 AM">

<sms **FROM ME** body="I feel pretty stupid now for forwarding stuff to myself during the August "incident", but at least it further makes me the bad guy in all this.  Somehow I seem to think that this might be Rajiv's doing, possibly trolling my email to get at me." sent="1541344888375" readable_date="Nov 04, 2018 9:21:33 AM">

<sms **TO ME** body="Maybe. I didn't forward any of that to myself thankfully" sent="1541344937594" readable_date="Nov 04, 2018 9:22:17 AM">

<sms **FROM ME** body="Yea, that was pretty stupid of me in hindsight." sent="1541344970836" readable_date="Nov 04, 2018 9:22:51 AM">

<sms **FROM ME** body="I still feel solid that I have the morals to know that I meant no malice at any time then or even now." sent="1541345004498" readable_date="Nov 04, 2018 9:23:30 AM">

<sms **FROM ME** body="I hope you are doing ok. ████████████████████████. I just applied for unemployment. Please keep me posted I'm here for you in any way possible." sent="1541353766461" readable_date="Nov 04, 2018 11:49:26 AM">

<sms **TO ME** body="I'm doing ok. I'm just scared. Im stress eating a lot. That's going to take hurt me but it's the best coping mechanism I've got" sent="1541353867117" readable_date="Nov 04, 2018 11:51:09 AM">

<sms **FROM ME** body="I know, and I'm so sorry for all of this. Some August lack of judgement on my part and weeks of stress. I think at least for you they would have to give you a cause and I just don't think they have a case. They got their man, me, at this point." sent="1541354167444" readable_date="Nov 04, 2018 11:56:07 AM">

<sms **TO ME** body="I think they were trying to prod to find evidence that I "hacked" other things. That's why they were asking about hobbies and stuff. Don't feel sorry. I trust your judgement. You have way more experience. Its not

2

MH5

entirely on you though. Without me, you wouldn't have the "power" to have been put in that situation. I feel partly responsible for making things possible" sent="1541354377891" readable_date="Nov 04, 2018 12:00:03 PM">

<sms FROM ME body="Don't put any guilt on yourself, I certainly don't.  My judgement was probably off a bit being frustrated with CleverDevices and the desire to know and be sure. Sad, but it is what it is, and we will come out just fine." sent="1541357086429" readable_date="Nov 04, 2018 12:44:46 PM">

<sms TO ME body="I'm just praying I hear from raw thrills. I'm not religious but your in my... Equivalent of... Prayers. Especially after seeing the Cobra rates. I hope Trinity has some sort of benefits package." sent="1541357640838" readable_date="Nov 04, 2018 12:54:03 PM">

<sms FROM ME body="Cool... I'll have to check that out.  Family will be on Trinity's healthcare hopefully by Monday. She got got benefits as a temporary assigned teacher the very Monday we got put on leave." sent="1541358231364" readable_date="Nov 04, 2018 1:03:51 PM">

<sms TO ME body="Awesome. Cobra would be KILLER" sent="1541358268733" readable_date="Nov 04, 2018 1:04:29 PM">

<sms FROM ME body="Yep. And Trinity is locked in for that position until the end of January." sent="1541358335388" readable_date="Nov 04, 2018 1:05:35 PM">

<sms FROM ME body="Nice!" sent="1541361291626" readable_date="Nov 04, 2018 1:54:52 PM">

<sms TO ME body="The more I think about it the more I hope they terminate me so I can sue the pants off them" sent="1541367106297" readable_date="Nov 04, 2018 3:31:51 PM">

<sms FROM ME body="Put me on the stand! I told him to do it..." sent="1541367177902" readable_date="Nov 04, 2018 3:32:57 PM">

<sms TO ME body="Even under that unfortunate circumstance, you will still get the last laugh on Veronica, Jim and Rajiv for them single handedly destroying everything. Everything will be 100% on them and they will likely be disciplined over it" sent="1541367374057" readable_date="Nov 04, 2018 3:36:16 PM">

<sms FROM ME body="Yep. Not my problem and after things settle down and you get out, not your problem either." sent="1541368773955" readable_date="Nov 04, 2018 3:59:33 PM">

<sms TO ME body="Oh I'm not saying it's your problem. I'm saying you get the last laugh :p" sent="1541368822500" readable_date="Nov 04, 2018 4:00:24 PM">

<sms FROM ME body="True, but I'll wait on that, they are actually hardly worth even the laugh." sent="1541368903111" readable_date="Nov 04, 2018 4:01:43 PM">

<sms TO ME body="They aren't but it's good to know that just by trying to touch you they hurt themselves" sent="1541368953116" readable_date="Nov 04, 2018 4:02:34 PM">

<sms TO ME body="(I'm very very vengeful if you didn't realize)" sent="1541368981086" readable_date="Nov 04, 2018 4:03:02 PM">

<sms FROM ME body="The old show Revenge... I'll get the red sharpie." sent="1541369022621" readable_date="Nov 04, 2018 4:03:42 PM">

<sms TO ME body="Sadly I don't have the money to just throw around to make things happen... But I'd totally do all that elaborate stuff if I did!" sent="1541369059994" readable_date="Nov 04, 2018 4:04:20 PM">

<sms FROM ME body="Ha!" sent="1541369293509" readable_date="Nov 04, 2018 4:08:13 PM">

<sms TO ME body="https://www.cnbc.com/amp/2018/11/03/google-employee-protests-as-part-of-new-tech-resistance.html" sent="1541378648171" readable_date="Nov 04, 2018 6:44:08 PM">

<sms TO ME body="Thinking of defense angles and stuff that might help us. Do you remember what day your shouting match with Jim was (the day Cory even texted back)? And what was the topic of that?" sent="1541417306810" readable_date="Nov 05, 2018 5:28:28 AM">

<sms FROM ME body="I don't recall. I'll look through texts in a bit." sent="1541417400700" readable_date="Nov 05, 2018 5:30:00 AM">

<sms TO ME body="No rush. Didn't mean to wake you. I couldn't sleep and figured I'd send this off for when you woke up if I forgot to later" sent="1541417440395" readable_date="Nov 05, 2018 5:30:42 AM">

&lt;sms **FROM ME** body="No worries, you can text anytime. I was just between alarms. June 13 th in the late afternoon. And something midday on July 27th." sent="1541418476194" readable_date="Nov 05, 2018 5:47:56 AM"&gt;

&lt;sms **FROM ME** body="I don't recall what about at this point." sent="1541418509787" readable_date="Nov 05, 2018 5:48:29 AM"&gt;

&lt;sms **TO ME** body="Ok. Good info. Thanks. Absolutely can use this at the lawyer meeting. During the interrogation they were super Keen on why I wouldn't go behind your back. I made him leave the room and told them they were threatening and had a vendetta against you. I didn't want to tilt scales unfairly" sent="1541419760923" readable_date="Nov 05, 2018 6:09:22 AM"&gt;

&lt;sms **TO ME** body="Holy cow call me right away" sent="1541421315242" readable_date="Nov 05, 2018 6:35:15 AM"&gt;

&lt;sms **TO ME** body="https://chicagotransit.taleo.net/careersection/exm/jobdetail.ftl?job=1800009Z&amp;amp;tz=GMT-06%3A00" sent="1541423903993" readable_date="Nov 05, 2018 7:18:23 AM"&gt;

…

&lt;sms **TO ME** body="Full original plan is fine. I think we can get a lot of facts down for you too. After speaking with my friend at the front desk you MIGHT have a case" sent="1541429972856" readable_date="Nov 05, 2018 8:59:33 AM"&gt;

&lt;sms **TO ME** body="Trying to sign up for open enrollment just in case" sent="1541450349219" readable_date="Nov 05, 2018 2:39:09 PM"&gt;

&lt;sms **TO ME** body="Freaking out a bit..." sent="1541450676747" readable_date="Nov 05, 2018 2:44:37 PM"&gt;

&lt;sms **FROM ME** body="Me too. ████████████████ We'll catch up soon... We have our meeting with the lawyers tomorrow." sent="1541450946720" readable_date="Nov 05, 2018 2:49:06 PM"&gt;

&lt;sms **TO ME** body="Yup" sent="1541450955477" readable_date="Nov 05, 2018 2:49:18 PM"&gt;

&lt;sms **FROM ME** body="That's what my Oracle ERP screen shows as well. I was trying to get a Payslip. Which reminds me to email and ask for them to be sent to me and copies of the last three." sent="1541453022570" readable_date="Nov 05, 2018 3:23:45 PM"&gt;

&lt;sms **FROM ME** body="My gut tells me that they did this when they put us on "paid administrative leave" as part of locking us out of all computer systems." sent="1541453047315" readable_date="Nov 05, 2018 3:24:08 PM"&gt;

&lt;sms **TO ME** body="I was in last week to look at my pay stub" sent="1541453066056" readable_date="Nov 05, 2018 3:24:26 PM"&gt;

&lt;sms **FROM ME** body="Alas, I didn't check or try during that period so I'm not positive." sent="1541453071923" readable_date="Nov 05, 2018 3:24:34 PM"&gt;

&lt;sms **FROM ME** body="Ugh... ok, that answers that." sent="1541453083481" readable_date="Nov 05, 2018 3:24:47 PM"&gt;

&lt;sms **TO ME** body="Indeed :/" sent="1541453145698" readable_date="Nov 05, 2018 3:25:47 PM"&gt;

&lt;sms **FROM ME** body="We're going to fight this all the way. In an odd sense at least they didn't ask you to come in tomorrow so we can still meet the lawyers. Remember they have a former CTA labor attorney, and there is an open labor relations position, and I fully admit telling them that I told you to do this and I'm already shit-canned." sent="1541453174503" readable_date="Nov 05, 2018 3:26:15 PM"&gt;

&lt;sms **FROM ME** body="I think the case to get you back in at CTA is strong, it will suck, no doubt, but five weeks of hell will make the three or four weeks of surgery recovery look simple by comparison! Then 2019 is a fresh start." sent="1541453227275" readable_date="Nov 05, 2018 3:27:10 PM"&gt;

&lt;sms **TO ME** body="I know. I appreciate it so much. That's my only Ray of light in all of this honestly, hopefully sticking this back to them. But at the same time they have the personal stuff on my flash drive they may use against me somehow after the whole interrogation was prodding at my personal stuff" sent="1541453317557" readable_date="Nov 05, 2018 3:28:39 PM"&gt;

&lt;sms **FROM ME** body="True, let's have a good meeting tomorrow. I'll be downtown in the morning. Might ████ ████ after our meeting with the lawyers." sent="1541453465743" readable_date="Nov 05, 2018 3:31:07 PM"&gt;

4

MH7

<sms **TO ME** body="Sounds good." sent="1541453483850" readable_date="Nov 05, 2018 3:31:24 PM">

…

<sms **TO ME** body="I've been updating my linked in with subtle jabs at clever" sent="1541514143499" readable_date="Nov 06, 2018 8:22:23 AM">

…

<sms **TO ME** body="I'm watching the shelter sign. Looks like they took away the alert" sent="1541515479814" readable_date="Nov 06, 2018 8:44:41 AM">

███████████████████████████████████████████████████

<sms **TO ME** body="Wow you are fast!" sent="1541536033864" readable_date="Nov 06, 2018 2:27:15 PM">

…

<sms **TO ME** body="No officer or employee in regular employment shall be discharged or demoted except for cause which is detrimental to the service. Any officer or employee in regular employment who is discharged or demoted may file a complaint in writing with the Board within ten days after notice of his or her discharge or demotion. If an employee is a member of a labor organization the complaint may be filed by such organization for and in behalf of such employee. The Board shall grant a hearing on such complaint within thirty (30) days after it is filed. The time and place of the hearing shall be fixed by the Board and due notice thereof given to the complainant, the labor organization by or through which the complaint was filed and the Executive Director. The hearing shall be conducted by the Board, or any member thereof or any officers' committee or employees' committee appointed by the Board. The complainant may be represented by counsel. If the Board finds, or approves a finding of the member or committee appointed by the Board, that the complainant has been unjustly discharged or demoted, he or she shall be restored to his or her office or position with back pay. The decision of the Board shall be final and not subject to review. " sent="1541539227087" readable_date="Nov 06, 2018 3:20:28 PM">

<sms **TO ME** body="Should have pulled that up there" sent="1541539233672" readable_date="Nov 06, 2018 3:20:34 PM">

<sms **FROM ME** body="I'll read in a bit, just finished with ████████████████████████ ███████.." sent="1541539308633" readable_date="Nov 06, 2018 3:21:51 PM">

<sms **TO ME** body="Go for it. When your done text me. Let's coordinate Saturday" sent="1541539334354" readable_date="Nov 06, 2018 3:22:15 PM">

<sms **TO ME** body="Just to keep you in the loop, I contacted O'Malley and case law. One consult for whistleblower set for Monday. I'll let you know if / when I need you but with the notes we made I will do the leg work and should be fine solo. If I return to work I will cancel the appointments. I can't thank you enough for your support and I'm so sorry it's going to make you out to be the bad guy." sent="1541541282083" readable_date="Nov 06, 2018 3:54:41 PM">

<sms **FROM ME** body="I don't care about being the "bad" guy. Don't even worry about that! I'm already out on my arse. Saturday███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ..." sent="1541541626008" readable_date="Nov 06, 2018 4:00:26 PM">

<sms **TO ME** body="I got a call back, the O'Malley firm wants to push the timeline to tomorrow for me to call. There's a short statute of limitations for whistleblowing. Still no word from CTA. This whole thing may just be a good back pocket item. Especially since CTA hasn't done anything yet (the clock started ticking as when the interview happened). If you get time can you just send pictures of the timeline stuff so I have a reference for the call?" sent="1541556461521" readable_date="Nov 06, 2018 8:07:43 PM">

<sms **FROM ME** body="I'm out at ████ tonight with friends. I'll type up the rest of the notes tonight so you have that in one place for tomorrow." sent="1541556837698" readable_date="Nov 06, 2018 8:13:57 PM">

MH8

<sms **TO ME** body="Thanks. No rush. Even pictures will help. Enjoy your night. Whistleblower protection looks bulletproof for me btw" sent="1541556889086" readable_date="Nov 06, 2018 8:14:50 PM">

<sms **TO ME** body="Thank you. Contacted by these dudes: https://cg.sandia.gov/psc/applicant/EMPLOYEE/HRMS/c/HRS_HRAM_FL.HRS_CG_SEARCH_FL.GBL?Page=HR S_APP_JBPST_FL&amp;Action=U&amp;FOCUS=Applicant&amp;SiteId=1&amp;JobOpeningId=663608&amp;Posti ngSeq=1" sent="1541600953868" readable_date="Nov 07, 2018 8:29:17 AM">

<sms **TO ME** body="Subject: final decision" sent="1541607104720" readable_date="Nov 07, 2018 10:11:49 AM">

<sms **TO ME** body="Good morning Chris,&#xA;&#xA; &#xA;&#xA; &#xA;&#xA;I have sent you a meeting invitation for tomorrow 11/8/2018 @ 10:15 am. Someone will meet you in the lobby. We will meet in 3B.&#xA;&#xA; &#xA;&#xA; &#xA;&#xA; &#xA;&#xA; Sincerely, &#xA;&#xA;Jim M. Psomas" sent="1541607107737" readable_date="Nov 07, 2018 10:11:50 AM">

<sms **FROM ME** body="Ugh..." sent="1541607126018" readable_date="Nov 07, 2018 10:12:11 AM">

<sms **FROM ME** body="That does not sound good." sent="1541607136528" readable_date="Nov 07, 2018 10:12:17 AM">

<sms **FROM ME** body="I'm terrified." sent="1541607144103" readable_date="Nov 07, 2018 10:12:24 AM">

<sms **TO ME** body="I agree. I'll prepare for everything" sent="1541607169088" readable_date="Nov 07, 2018 10:12:49 AM">

...

<sms **TO ME** body="Mike r., Maria and Jim in attendance" sent="1541607291061" readable_date="Nov 07, 2018 10:14:51 AM">

<sms **TO ME** body="My heart is about to beat out of my chest" sent="1541607312071" readable_date="Nov 07, 2018 10:15:12 AM">

<sms **FROM ME** body="I guess let it happen and we move on. You go to Raw Thrills and do what you love, what really energizes you. Get the surgery maybe Obamacare covers some of it... pre-existing condition stuff. Then jump in with Raw Trills once recovered in January and let their healthcare and increased salary build things back up." sent="1541607390301" readable_date="Nov 07, 2018 10:16:35 AM">

<sms **FROM ME** body="I'll be downtown for you tomorrow to support you." sent="1541607407510" readable_date="Nov 07, 2018 10:16:48 AM">

<sms **TO ME** body="Thanks. I have lawyer call today. Case law declined" sent="1541607452285" readable_date="Nov 07, 2018 10:17:33 AM">

<sms **TO ME** body="Today is with O'Malley at 2. I did not call Hinsdale yet" sent="1541607486510" readable_date="Nov 07, 2018 10:18:07 AM">

<sms **FROM ME** body="Good, I'll be back home after that and we can chat more." sent="1541607543387" readable_date="Nov 07, 2018 10:19:07 AM">

<sms **FROM ME** body="I'm trying to see things as if we are going to be ok, kind of like losing a friend to a car crash or something. Very sad, painful, scary, but life moves on and we will pick back up and be even better people for knowing that person, and living the best we possibly can. That "friend" is our work, not the CTA itself, but our work. Our relationship and friendship transcends that work, that was a huge part of us, our third mutual friend so-to-speak, but it does not define either of us. We are problem solvers, kind, compassionate, hard working people, we will not only survive, we will thrive. We are still sad and upset, that is ok right now." sent="1541607762173" readable_date="Nov 07, 2018 10:22:46 AM">

<sms **FROM ME** body="███████████████████████. I must admit that I am so tempted to call Craig Lang and yell at him, and email Dayton to ask if they contacted the CTA, or find a phone number for Rajiv and ream him out. None of that will help, we have to just try to move forward. I'm just so very sorry." sent="1541608797626" readable_date="Nov 07, 2018 10:40:02 AM">

<sms **TO ME** body="I... Am... Really freaking out right now" sent="1541608827402" readable_date="Nov 07, 2018 10:40:28 AM">

...

<sms **FROM ME** body="She might not know the full url and such. She also mentioned to be careful with Sarah, as she mentioned things to Maluik in finance. Just FYI." sent="1541618410439" readable_date="Nov 07, 2018 1:20:10 PM">

<sms **FROM ME** body="Joe suggests if given the choice between resigning or being terminated. To just resign. It takes away the opportunity to get an internal CTA hearing, but that is a waste of time and could take weeks to set up." sent="1541618550876" readable_date="Nov 07, 2018 1:22:30 PM">

<sms **TO ME** body="Gotcha. I never asked Sarah for anything I shouldn't have. Mainly policies I am entitled to" sent="1541618579847" readable_date="Nov 07, 2018 1:22:59 PM">

<sms **FROM ME** body="We both fell that you are best at raw thrills, get set up then go out on medical. They will understand." sent="1541618684405" readable_date="Nov 07, 2018 1:24:44 PM">

<sms **FROM ME** body="Yea, not saying Sarah did anything wrong in mentioning to others but just advising." sent="1541618722937" readable_date="Nov 07, 2018 1:25:22 PM">

<sms **TO ME** body="The lawyer may tell me otherwise about resigning. A friend in HR elsewhere said not to accept anything that isn't true and not to accept any "packages", always make them answer explicit questions and don't answer any of theirs" sent="1541618715719" readable_date="Nov 07, 2018 1:27:50 PM">

<sms **FROM ME** body="I think resigning gives a clean break. And is stronger for your future and career in gaming hardware and beyond." sent="1541618881293" readable_date="Nov 07, 2018 1:28:01 PM">

<sms **FROM ME** body="Yea, I want to hear what this next lawyer has to say." sent="1541618921815" readable_date="Nov 07, 2018 1:28:41 PM">

<sms **TO ME** body="I agree but it's not a clean break I was ready to make and raw thrills may not even be ready for me" sent="1541618949858" readable_date="Nov 07, 2018 1:29:11 PM">

…

<sms **FROM ME** body="I agree, none of us were ready for this. That is the part that really sucks." sent="1541619038420" readable_date="Nov 07, 2018 1:30:38 PM">

<sms **FROM ME** body="I'm also seriously wondering if an Obamacare plan might cover things. Not good being down the income, but maybe a lower cost to the surgery overall." sent="1541619139241" readable_date="Nov 07, 2018 1:32:19 PM">

…

<sms **TO ME** body="Alex Bauer:&#xA;November 8, 2018&#xA;&#xA;Jim Psomas&#xA;Director, Enterprise Applications &amp; IT PMO&#xA;Chicago Transit Authority&#xA;567 W. Lake St.&#xA;Chicago, IL 60661&#xA;&#xA;Dear Jim Psomas,&#xA;&#xA;It is with regret that I am formally submitting my compulsory resignation from Analyst III at Chicago Transit Authority, after over 8 years of service, on November 8, 2018. In this time I have delivered numerous services and brought to light many hazards and pitfalls that have no doubt had significant impact such as software security holes, payroll database breaches, life-saving open source &amp; secured implementations of TSP software, integer overflows in the 5000 series cars and workarounds to deliverables that do not operate to spec/requirements.&#xA;&#xA;It's unfortunate that the circumstances have brought us to this point. Ever since being made aware of my upcoming medical procedure, my treatment has been abject, most recently with a period of uncertainty regarding coverage for it and lack of communication as for what I can expect to happen. As I've already informed you prior to this letter, the stress the situation has put me under has been dangerous to both my mental and physical health to the point that family and friends are also worried about my well-being. &#xA;&#xA;I have already provided source code and documentation where available for all projects I support as well as the most pressing matters to attend to. I wish the authority the best of luck as I officially separate myself from this position's duties and obligations henceforth.&#xA;&#xA;Professionally Yours,&#xA;&#xA;&#xA;&#xA;_____ (Date)_____&#xA;Chris Pable" sent="1541626811286" readable_date="Nov 07, 2018 3:40:12 PM">

<sms **FROM ME** body="Ahhh you nailed it with compulsory" sent="1541634050989" readable_date="Nov 07, 2018 5:40:50 PM">

<sms **TO ME** body="Oh that is nice though" sent="1541634056918" readable_date="Nov 07, 2018 5:40:57 PM">

<sms **FROM ME** body="Yours is good. I can think of some tweaks but not necessary as they are minor." sent="1541634227799" readable_date="Nov 07, 2018 5:43:47 PM">

7

MH10

&lt;sms **TO ME** body="Yeah it's already printed" sent="1541634298463" readable_date="Nov 07, 2018 5:45:00 PM"&gt;

&lt;sms **TO ME** body="Otherwise I'd be all over that" sent="1541634335160" readable_date="Nov 07, 2018 5:45:37 PM"&gt;

…

&lt;sms **TO ME** body="Plans in the market are actually very bad and don't cover anything I need sadly" sent="1541716380416" readable_date="Nov 08, 2018 4:33:02 PM"&gt;

&lt;sms **FROM ME** body="Well worth checking... Sounds like marriage to the rescue!" sent="1541716717333" readable_date="Nov 08, 2018 4:38:37 PM"&gt;

&lt;sms **TO ME** body="Yeah... This is just horrible timing. With the deductibles as high as they are for everything including Alex, I will end up owing more if I get the surgery done" sent="1541716915360" readable_date="Nov 08, 2018 4:41:57 PM"&gt;

&lt;sms **FROM ME** body="Ugh. I'll keep thinking..." sent="1541716976504" readable_date="Nov 08, 2018 4:42:56 PM"&gt;

…

&lt;sms **FROM ME** body="BTW - Sandia is way cool, now I see why they get the .gov domain, they are a national lab, like Oak Ridge in TN or JPL in CA. Totally solid and I think worth pursuing, even just five years there would bankroll what you need and you could move back into gaming easily from that experience." sent="1541778832285" readable_date="Nov 09, 2018 9:53:54 AM"&gt;

&lt;sms **TO ME** body="Yeah I'm talking with 2 teams today I believe there" sent="1541778883047" readable_date="Nov 09, 2018 9:54:46 AM"&gt;

…

&lt;sms **TO ME** body="Awesome! This is insane how fast all these places are jumping on me!" sent="1541883232983" readable_date="Nov 10, 2018 2:53:53 PM"&gt;

…

&lt;sms **FROM ME** body="Haha! They did this to themselves. They will always blame us, but they way overreacted." sent="1541890975513" readable_date="Nov 10, 2018 5:02:55 PM"&gt;

…

&lt;sms **TO ME** body="Holy shit. Formal offer from the air Force" sent="1541897619865" readable_date="Nov 10, 2018 7:10:07 PM"&gt;

&lt;sms **FROM ME** body="You are going to beat me for sure! Wow..." sent="1541898658013" readable_date="Nov 10, 2018 7:10:58 PM"&gt;

&lt;sms **TO ME** body="I'm actually a bit worried. Why am I being watched this closely" sent="1541898698885" readable_date="Nov 10, 2018 7:11:40 PM"&gt;

&lt;sms **FROM ME** body="Not us. Neil Pierce though. I liked him." sent="1542047598738" readable_date="Nov 12, 2018 12:33:18 PM"&gt;

&lt;sms **TO ME** body="Yeah that's what I was getting at" sent="1542047612878" readable_date="Nov 12, 2018 12:33:33 PM"&gt;

…

&lt;sms **TO ME** body="Dear Mr. Pable:&amp;#xD;&amp;#xA;I want to thank you for giving O'Malley &amp;amp; Madden, P.C. the opportunity to discuss your &amp;#xD;&amp;#xA;employment issue with you. You originally spoke with my office on November 7, 2018, when we &amp;#xD;&amp;#xA;discussed your ongoing issues with the CTA. Shortly thereafter, you and Ms. Durkin discussed &amp;#xD;&amp;#xA;your separation from the CTA. Since then, I have reviewed the conversations you've had with Ms. &amp;#xD;&amp;#xA;Durkin, as well as the documents you provided. Unfortunately, in my opinion, I do not see &amp;#xD;&amp;#xA;sufficient evidence of conduct to support a whistleblower action or that the findings of the &amp;#xD;&amp;#xA;investigation and determination of your misconduct is a pretext to interfere with your upcoming&amp;#xD;&amp;#xA;FMLA request. Therefore, my office is unable to assist you. &amp;#xD;&amp;#xA;Please keep in mind that currently we do not represent you in your claims and that &amp;#xD;&amp;#xA;attorney/client representation cannot be

8

MH11

created with our office in the absence of a signed &#xD;&#xA;agreement. Limitations periods and deadlines exist for all legal claims and you should act without &#xD;&#xA;delay if you believe you want to proceed with legal action.&#xD;&#xA;We wish you the best of luck in the future.&#xD;&#xA;Sincerely,&#xD;&#xA;O'Malley &amp; Madden, P.C." sent="1542224129581" readable_date="Nov 14, 2018 1:35:31 PM">

<sms **FROM ME** body="Sucks... We should hit the Federal site to at least file a complaint." sent="1542224218264" readable_date="Nov 14, 2018 1:36:58 PM">

<sms **TO ME** body="Yeah. Still got one more iron in the stove yet" sent="1542224243347" readable_date="Nov 14, 2018 1:37:24 PM">

<sms **FROM ME** body="That's good." sent="1542224267620" readable_date="Nov 14, 2018 1:37:47 PM">

<sms **TO ME** body="Read that article you sent. Not much new information but it does absolutely speak to the character of people like me who really just want to help" sent="1542316612970" readable_date="Nov 15, 2018 3:16:54 PM">

<sms **FROM ME** body="Yep and good to have those questions in one place for reference." sent="1542316656769" readable_date="Nov 15, 2018 3:17:36 PM">

<sms **TO ME** body="Holy crap I just realized why Dayton may have lost their shit at us" sent="1542387542208" readable_date="Nov 16, 2018 10:59:03 AM">

<sms **TO ME** body="https://www.dnainfo.com/chicago/20160804/downtown/michigan-ave-bus-stop-says-nations-7th-largest-state-will-be-destroyed/" sent="1542387595504" readable_date="Nov 16, 2018 10:59:58 AM">

<sms **FROM ME** body="Funny!" sent="1542387918390" readable_date="Nov 16, 2018 11:05:18 AM">

<sms **TO ME** body="Couldn't resist. I needed to throw some humor onto the fire" sent="1542388112824" readable_date="Nov 16, 2018 11:08:34 AM">

…

<sms **TO ME** body="I can just imagine Jim interviewing Tony and writing up a termination letter... Bad judgement and poor performance:Plotting to utterly destroy a state then not following through" sent="1542388195176" readable_date="Nov 16, 2018 11:09:54 AM">

…

<sms **FROM ME** body="Good luck tomorrow! You going with a suit? At least a tie I presume." sent="1542596396435" readable_date="Nov 18, 2018 8:59:56 PM">

…

<sms **FROM ME** body="Yea, get a good night sleep, big fun day tomorrow. Even if just for the experience of the interview, and of course to see Ankita and such." sent="1542597309643" readable_date="Nov 18, 2018 9:15:10 PM">

…

<sms **TO ME** body="Strange wording" sent="1542736657275" readable_date="Nov 20, 2018 11:57:38 AM">

<sms **FROM ME** body="Was this someone you meet with yesterday? Seems automated possibly." sent="1542736857299" readable_date="Nov 20, 2018 12:00:57 PM">

<sms **TO ME** body="No. It's not. I only met the team. No one from hr" sent="1542736876377" readable_date="Nov 20, 2018 12:01:18 PM">

<sms **FROM ME** body="Ok so maybe this person from HR is sending essentially an automated message not realizing you have already meet people. Remember, they created a positron for you to apply for. I would reach out to her." sent="1542737027362" readable_date="Nov 20, 2018 12:03:47 PM">

…

<sms **TO ME** body="The plot thickens from the original hr person..." sent="1542815187786" readable_date="Nov 21, 2018 9:46:30 AM">

<sms **TO ME** body="I have not had the follow up yet. That's in 45 minutes" sent="1542815387107" readable_date="Nov 21, 2018 9:49:49 AM">

9

**MH12**

<sms **FROM ME** body="Seems a stock response. I wouldn't be concerned. So you have a call with HR today? Good this is moving." sent="1542816273342" readable_date="Nov 21, 2018 10:04:33 AM">

<sms **TO ME** body="Yeah In 25 minutes" sent="1542816325125" readable_date="Nov 21, 2018 10:05:28 AM">

<sms **FROM ME** body="Cool, good luck with that call." sent="1542816363483" readable_date="Nov 21, 2018 10:06:03 AM">

…

<sms **TO ME** body="Well awesome! Unfortunately I'm not at will." sent="1542843478343" readable_date="Nov 21, 2018 5:38:00 PM">

<sms **FROM ME** body="I think you would get this as well. We can talk next week. I'll scan this in and send to you tomorrow." sent="1542843546985" readable_date="Nov 21, 2018 5:39:06 PM">

<sms **TO ME** body="Ok. I have news about morning Star but it's complicated. We can meet next week or I'll write it up as soon as I can" sent="1542843999535" readable_date="Nov 21, 2018 5:46:40 PM">

<sms **FROM ME** body="Ok. I was wondering the update but didn't want to poke the bear.. I hope it is good or neutral news, or you are needlessly overreacting." sent="1542844854018" readable_date="Nov 21, 2018 6:00:54 PM">

…

<sms **TO ME** body="Formal offer from Morningstar. A bit of a pay cut but bonus potential" sent="1543263207768" readable_date="Nov 26, 2018 2:13:30 PM">

…

<sms **FROM ME** body="Me too... But you know I'll take one for the team." sent="1543338338406" readable_date="Nov 27, 2018 11:05:38 AM">

…

<sms **TO ME** body="Help what do I do" sent="1543623925642" readable_date="Nov 30, 2018 6:25:27 PM">

<sms **FROM ME** body="Meet him for lunch, and describe what is going on. Say you want to give Morningstar a year or two and hone your security skills. Especially in a real-time world and more real world environment." sent="1543625954766" readable_date="Nov 30, 2018 6:59:14 PM">

<sms **TO ME** body="Yeah we're meeting Tuesday. At this event I met someone from Nintendo that's interested too... What the hell... Where was everyone before?" sent="1543626018580" readable_date="Nov 30, 2018 7:00:20 PM">

<sms **FROM ME** body="When it rains it pours..." sent="1543626047656" readable_date="Nov 30, 2018 7:00:47 PM">

…

<sms **FROM ME** body="Maybe we could've gotten them to reverse on what you needed as well." sent="1544128022943" readable_date="Dec 06, 2018 2:27:02 PM">

<sms **TO ME** body="(future?) He's bargained for though. So that's probably a big factor." sent="1544128114959" readable_date="Dec 06, 2018 2:28:36 PM">

<sms **FROM ME** body="True, damn Union protection that we didn't have." sent="1544128180471" readable_date="Dec 06, 2018 2:29:40 PM">

<sms **FROM ME** body="Veronica had it in for me and then I guess by extension you. I doubt we will ever return. But I saw the headline and thought of your needed surgery and it's denial by CTA." sent="1544128334097" readable_date="Dec 06, 2018 2:32:14 PM">

<sms **TO ME** body="Yeah. I'll get the last laugh though. Even if I unfortunately have to run you over with the bus again" sent="1544128389668" readable_date="Dec 06, 2018 2:33:12 PM">

<sms **TO ME** body="I mean hell... Clever is charging for code that I wrote and gave them. Plus are marketing the entire idea (secure bus). They will feel my full fury at some point. I am a vengeful, spiteful adversary you do not want to piss off" sent="1544128483343" readable_date="Dec 06, 2018 2:34:46 PM">

10
MH13

…

<sms **FROM ME** body="Have a great first day tomorrow! Good luck and enjoy you deserve a fresh challenge with great health care!" sent="1544403355670" readable_date="Dec 09, 2018 6:55:55 PM">

<sms **TO ME** body="Thanks! I hope the health care is decent, there's no summary plan benefit. But on the whole in general, CTAs was better" sent="1544403400778" readable_date="Dec 09, 2018 6:56:41 PM">

…

<sms **FROM ME** body="The Morningstar covers the surgery so by that metric it must be a bit better." sent="1544403533770" readable_date="Dec 09, 2018 6:58:53 PM">

…

<sms **TO ME** body="It doesn't say it DOES NOT cover the surgery. I won't get to see everything until tomorrow" sent="1544403566712" readable_date="Dec 09, 2018 6:59:27 PM">

…

<sms **TO ME** body="CTA just called me. They want me to do an exit interview..." sent="1544715164459" readable_date="Dec 13, 2018 9:32:46 AM">

<sms **FROM ME** body="No frekin  way!  WOW! That is hilarious!" sent="1544715565398" readable_date="Dec 13, 2018 9:39:25 AM">

<sms **TO ME** body="I just emailed my lawyer about what I should or should not say or if I should decline" sent="1544717602307" readable_date="Dec 13, 2018 10:13:23 AM">

<sms **FROM ME** body="Good idea." sent="1544717620566" readable_date="Dec 13, 2018 10:13:40 AM">

<sms **TO ME** body="Lawyer says I should decline. I figured as such" sent="1544730174221" readable_date="Dec 13, 2018 1:43:52 PM">

<sms **FROM ME** body="Yea, as fun as that would be though!" sent="1544730706434" readable_date="Dec 13, 2018 1:51:46 PM">

…

<sms **FROM ME** body="I know the source..." sent="1544762951063" readable_date="Dec 13, 2018 10:49:11 PM">

<sms **TO ME** body="Sorry my phone died on the way to my dad. Do fill me in when you have time!" sent="1544789438957" readable_date="Dec 14, 2018 6:10:39 AM">

<sms **FROM ME** body="█████████████████████████████ &#xA;So Craig Lang pulled Jackie aside on Tuesday to ask how I was doing.  He asked her to tell me that he would help me in my search and that it he tried to stop things. Essentially, the gist I got is that word got to Clever's legal group and they went to CTA." sent="1544815409071" readable_date="Dec 14, 2018 1:23:29 PM">

<sms **FROM ME** body="Apparently, Lang even called Dorval on that Monday from Geneva or wherever.  To let him know that something was coming over from CD legal to CTA.  I buy the story partially, but really I simply cannot trust Craig Lang.  Maybe I should have gone straight to Frank, but at this point CleverDevices is the real looser here in the long run.  Because I can probably write up everything they are doing wrong when projects like NYC and likely Metra start to blow up on them." sent="1544815627010" readable_date="Dec 14, 2018 1:27:07 PM">

<sms **TO ME** body="So it did come from clever... I got the feeling that was the case when they were spinning false narratives. I wonder if they said "nix these guys and we're good" to CTA which is why it all happened. Glad it wasn't Dayton themselves" sent="1544815760054" readable_date="Dec 14, 2018 1:31:20 PM">

…

<sms **FROM ME** body="Yea, I'm kind of glad it was not Dayton, and a CTA overreaction to Dayton.  Saves me the wondering and potential reaching out to them or being bitter.  I suspect that Frank, Andrew Stanton, Buddy Coleman got influenced by Christos, maybe even Kirk or others who took it as a blow to their code.  I do not think that Clever said "nix these guys" so much as to start a conversation and CTA just said "we put them on leave", ahh screw it "we let them go" and it sort of backfired on Clever as they just bit the hand that feed them and did a ton of QA/QC work for them.  Godspeed CleverDevices, I don't really care about them anymore." sent="1544816339087" readable_date="Dec 14, 2018 1:38:59 PM">

MH14

<sms **TO ME** body="Makes me think we should work for Milwaukee just to troll them." sent="1544816507133" readable_date="Dec 14, 2018 1:41:46 PM">

<sms **TO ME** body="BTW signs are down lol http://signapi.transitchicago.com/" sent="1544816541828" readable_date="Dec 14, 2018 1:42:21 PM">

<sms **FROM ME** body="Or Metra, even closer...&#xA;Yep, I thought signs were down as I was standing outside near one and it was down." sent="1544816577469" readable_date="Dec 14, 2018 1:42:57 PM">

<sms **TO ME** body="They don't have anyone working on patches. There's a doosy of an exploit out there" sent="1544816647864" readable_date="Dec 14, 2018 1:44:07 PM">

<sms **FROM ME** body="I was on the phone at the time with Jackie, she is freaking out with BT_INGESTER so I was walking her through running that manually without the Access front-end. Seems Winter Pick is going live via CleverWorks. And CAD was upgraded the other weekend. See they don't need us... until they do." sent="1544816652791" readable_date="Dec 14, 2018 1:44:12 PM">

<sms **FROM ME** body="Don't let it tear you up, it is CTA's fault they do not have anyone technical enough to patch the sign servers or even to have AE do it for them." sent="1544816708053" readable_date="Dec 14, 2018 1:45:08 PM">

<sms **TO ME** body="I think Jackie should be going to Jim and saying this isn't acceptable, you need to get help and fill these positions. He should be held accountable for this and they should make it clear they didn't consider the consequences." sent="1544816749952" readable_date="Dec 14, 2018 1:45:49 PM">

<sms **TO ME** body="Also Thomas is trying to reach out to me. I don't have enough rapport with him to know if I can trust him or not... I'm thinking I should ignore it" sent="1544816827569" readable_date="Dec 14, 2018 1:47:07 PM">

<sms **FROM ME** body="They are apparently bringing in 3-4 "consultants" yea, good luck with that." sent="1544816842847" readable_date="Dec 14, 2018 1:47:22 PM">

<sms **FROM ME** body="Yes, ignore Thomas, I presume through LinkedIn. He has not even really tried to reach out to me as I didn't respond to an email or two a few weeks ago now. I don't really trust him either." sent="1544816883829" readable_date="Dec 14, 2018 1:48:03 PM">

<sms **TO ME** body="You are correct" sent="1544816905123" readable_date="Dec 14, 2018 1:48:24 PM">

<sms **TO ME** body="Week one down... I asked about timesheets. They laughed at me" sent="1544828242606" readable_date="Dec 14, 2018 4:57:24 PM">

<sms **FROM ME** body="Ha!" sent="1544828301128" readable_date="Dec 14, 2018 4:58:21 PM">

…

<sms **TO ME** body="Wasn't aware there was such a thing! I'm learning identity governance software internals. Reverse engineering is really helping there" sent="1544828490454" readable_date="Dec 14, 2018 5:01:31 PM">

…

<sms **TO ME** body="Don't pay it any mind. I know it's not clever directly but I'll be on ctas case soon enough. In addition, there are things called "zero days"" sent="1544841634184" readable_date="Dec 14, 2018 8:40:34 PM">

<sms **TO ME** body="https://en.m.wikipedia.org/wiki/Zero-day_(computing)" sent="1544841700483" readable_date="Dec 14, 2018 8:41:40 PM">

<sms **FROM ME** body="I should, just out of mind. It was a good run and leave it at that. The best revenge is to be in a new job making more and helping others with new technolgies. I guess you put up a good fight to CTA for pension and such and we leave the rest be." sent="1544841744988" readable_date="Dec 14, 2018 8:42:24 PM">

<sms **TO ME** body="Oh your going to get your revenge from that though!! It's going to publicly expose their terrible architecture and security and the fact they are claiming ownership of secure bus" sent="1544841807383" readable_date="Dec 14, 2018 8:43:27 PM">

<sms **TO ME** body="Believe me, all the skeletons are going to fall out of the closet" sent="1544841833009" readable_date="Dec 14, 2018 8:43:52 PM">

<sms **FROM ME** body="What zero day vulnerability do they have? Or just that things will melt down eventually and not scale properly and such." sent="1544841879554" readable_date="Dec 14, 2018 8:44:39 PM">

12
MH15

<sms **FROM ME** body="Yea, things will fall apart for them and that is the "revenge", no need to aid it along. They have no reporting solution, AVM and their BI tool is garbage, and they are not moving to the cloud. I go and make my future and let their side be." sent="1544841981041" readable_date="Dec 14, 2018 8:46:21 PM">

<sms **TO ME** body="There's more security issues than just what I've told you. I've only told you about the worst and after how they handled that, i held back. Plus their own infrastructure is a DoS on their services. Plus their site isn't https but collects usernames and passwords, which is a huge policy violation" sent="1544842031197" readable_date="Dec 14, 2018 8:47:11 PM">

<sms **FROM ME** body="Ahh, right they DoS themselves, they are not https, and even more skeletons. Let that be their demise. Thanks... ███████████████████████" sent="1544842209001" readable_date="Dec 14, 2018 8:50:09 PM">

…

<sms **FROM ME** body="The damn CTA posted my Job as a "Senior Manager" $110 to $120k, those assholes. What a slap in my face." sent="1545055629608" readable_date="Dec 17, 2018 8:07:08 AM">

<sms **FROM ME** body="https://chicagotransit.taleo.net/careersection/ex/jobdetail.ftl?job=180000AL&amp;tz=GMT-06%3A00" sent="1545055633299" readable_date="Dec 17, 2018 8:07:12 AM">

<sms **TO ME** body="I told you that you were worth more" sent="1545055662578" readable_date="Dec 17, 2018 8:07:42 AM">

<sms **TO ME** body="Technical SME III (2) - Consultant&#xA;• Technical SME II - Consultant" sent="1545055749995" readable_date="Dec 17, 2018 8:09:10 AM">

<sms **TO ME** body="3 people to replace me" sent="1545055755532" readable_date="Dec 17, 2018 8:09:15 AM">

<sms **FROM ME** body="Yep." sent="1545055772311" readable_date="Dec 17, 2018 8:09:32 AM">

<sms **TO ME** body="Show's how useless their consultants are" sent="1545055784422" readable_date="Dec 17, 2018 8:09:43 AM">

<sms **TO ME** body="Well, we know how much Veronica had a hand in wages now" sent="1545055875321" readable_date="Dec 17, 2018 8:11:15 AM">

<sms **FROM ME** body="i hope week #2 is going well. ███████████████ ████████████████████████████████████████████ ██████████████!" sent="1545074535801" readable_date="Dec 17, 2018 1:22:15 PM">

…

<sms **FROM ME** body="Sounds good! Get some rest too!" sent="1545231322546" readable_date="Dec 19, 2018 8:55:22 AM">

<sms **TO ME** body="Just got my vacation day check from CTA." sent="1545248430652" readable_date="Dec 19, 2018 1:40:33 PM">

<sms **FROM ME** body="Yep, I got mine last pay period. It feels like closure a bit. " sent="1545248504732" readable_date="Dec 19, 2018 1:41:44 PM">

<sms **TO ME** body="Well I got 1 extra vacation day out of it" sent="1545248760278" readable_date="Dec 19, 2018 1:46:01 PM">

<sms **TO ME** body="Because of the leave, I couldn't report vacation" sent="1545248775197" readable_date="Dec 19, 2018 1:46:16 PM">

<sms **FROM ME** body="Oh so that Monday was leave and not vacation. Nice." sent="1545248816945" readable_date="Dec 19, 2018 1:46:56 PM">

<sms **FROM ME** body="3.&#x9;Taking work with you: If your boss requires you to use your personal phone or computer for work, your boss needs to have a reimbursement policy. #3SB 2999" sent="1545323311826" readable_date="Dec 20, 2018 10:28:31 AM">

<sms **FROM ME** body="FYI... new law that goes into effect 1/1/19 in IL" sent="1545323320712" readable_date="Dec 20, 2018 10:28:40 AM">

MH16

<sms **FROM ME** body="That would be fun with us still at CTA..." sent="1545323335935" readable_date="Dec 20, 2018 10:28:55 AM">

<sms **TO ME** body="Wow nice if only" sent="1545324695493" readable_date="Dec 20, 2018 10:51:36 AM">

…

<sms **FROM ME** body="https://abc7chicago.com/technology/digital-information-screens-being-tested-on-cta-bus-route/4954352/" sent="1545619957889" readable_date="Dec 23, 2018 8:52:37 PM">

<sms **FROM ME** body="We should spam the survey results. Ha! I think Clever didn't get selected. I wonder what two, probably vianova and Clever though." sent="1545620035764" readable_date="Dec 23, 2018 8:53:55 PM">

<sms **TO ME** body="Honestly if you were to leak that CTA paid for the sign they would be disqualified entirely" sent="1545621338469" readable_date="Dec 23, 2018 9:15:40 PM">

<sms **FROM ME** body="https://www.ltgglobal.com/mass-transit/stationary/north-america-stationary/" sent="1545624720919" readable_date="Dec 23, 2018 10:12:00 PM">

<sms **FROM ME** body="Luminator." sent="1545624736986" readable_date="Dec 23, 2018 10:12:16 PM">

<sms **FROM ME** body="I like that they refer to CTA discover..." sent="1545624959557" readable_date="Dec 23, 2018 10:15:59 PM">

<sms **TO ME** body="Wow I totally missed that" sent="1545625029050" readable_date="Dec 23, 2018 10:17:10 PM">

<sms **TO ME** body="Our legacy lives on" sent="1545625079504" readable_date="Dec 23, 2018 10:18:01 PM">

<sms **FROM ME** body="Yep." sent="1545625091454" readable_date="Dec 23, 2018 10:18:11 PM">

…

<sms **FROM ME** body="Ha! Cool very bold." sent="1547420667618" readable_date="Jan 13, 2019 5:04:27 PM">

<sms **TO ME** body="What's your target salary? I might have something to throw your way" sent="1547421286012" readable_date="Jan 13, 2019 5:14:48 PM">

<sms **FROM ME** body="I'm not pickey. $125, but even $115 if the gig is fun." sent="1547421356737" readable_date="Jan 13, 2019 5:15:56 PM">

<sms **FROM ME** body="Meh. That is way out there, but education tech could be cool." sent="1547421536577" readable_date="Jan 13, 2019 5:18:56 PM">

<sms **TO ME** body="Yeah. They really want a database programmer" sent="1547421567664" readable_date="Jan 13, 2019 5:19:29 PM">

<sms **TO ME** body="And management experience" sent="1547421577757" readable_date="Jan 13, 2019 5:19:39 PM">

<sms **TO ME** body="Met with the lawyer yesterday" sent="1547641436918" readable_date="Jan 16, 2019 6:23:58 AM">

<sms **TO ME** body="Sounds like he thinks I got royally screwed by bullshit and thinks I have something for sure but doesn't know what exactly I should be aiming for. Also thinks you would have had a case if you had your dismissal paperwork" sent="1547641606885" readable_date="Jan 16, 2019 6:26:47 AM">

<sms **FROM ME** body="Yea, my situation not worth the fight. Glad to see you are making some progress. I support you and can help anyway that I can." sent="1547645635768" readable_date="Jan 16, 2019 7:33:55 AM">

…

<sms **TO ME** body="Can I also ask you to PDF and emails with headers you forwarded yourself from CTA?" sent="1548377764189" readable_date="Jan 24, 2019 6:56:06 PM">

…

<sms **FROM ME** body="Yes I can PDF things for you tomorrow." sent="1548378690864" readable_date="Jan 24, 2019 7:11:30 PM">

<sms **TO ME** body="Thanks so much." sent="1548378792179" readable_date="Jan 24, 2019 7:13:14 PM">

14

**MH17**

&lt;sms **TO ME** body="Thanks so much!" sent="1548426513301" readable_date="Jan 25, 2019 8:28:35 AM"&gt;

&lt;sms **TO ME** body="Can you do it with the view original / raw message option?" sent="1548426645664" readable_date="Jan 25, 2019 8:30:47 AM"&gt;

&lt;sms **TO ME** body="I specifically need the headers. CTA is claiming these emails don't exist..." sent="1548426663144" readable_date="Jan 25, 2019 8:31:04 AM"&gt;

&lt;sms **TO ME** body="(for the FOIA, no legal action filed yet)" sent="1548426710409" readable_date="Jan 25, 2019 8:31:51 AM"&gt;

&lt;sms **FROM ME** body="They are ugly, but I know what you are after. Granted these are only the headers from GMAIL as I forwarded the messages from my CTA account to GMAIL. I found another one as the initial one was a screenshot that I dumped into my own gmail and emailed to Trinity." sent="1548427377863" readable_date="Jan 25, 2019 8:42:57 AM"&gt;

&lt;sms **FROM ME** body="So you FOIAed CTA for these messages, and they claim they don't exist. Humm" sent="1548427408658" readable_date="Jan 25, 2019 8:43:28 AM"&gt;

&lt;sms **TO ME** body="The ones sent to Gmail from CTA are perfect. They establish domain routing and keys. CTA claims no messages matching my criteria exist  not those messages in particular" sent="1548427463740" readable_date="Jan 25, 2019 8:44:24 AM"&gt;

&lt;sms **TO ME** body="My criteria was keywords Dayton and legal in the body sent to any CTA mailbox from June 2018 through December 2018" sent="1548428010912" readable_date="Jan 25, 2019 8:53:32 AM"&gt;

&lt;sms **FROM ME** body="Did you submit a FOIA request as yourself? Essentially asking for your information. The only one with "Dayton" AND "legal" will be the reply from Dayton. "...whether we should be considering legal action against you."" sent="1548428257752" readable_date="Jan 25, 2019 8:57:37 AM"&gt;

&lt;sms **FROM ME** body="Sent 8/24/2018 at 12:37 to me from Tim Harrington" sent="1548428307443" readable_date="Jan 25, 2019 8:58:27 AM"&gt;

&lt;sms **TO ME** body="That's the only one WE have and we know at least 1 message exists. I'm thinking CD legal might have said the word Dayton too" sent="1548428343253" readable_date="Jan 25, 2019 8:59:04 AM"&gt;

&lt;sms **FROM ME** body="Oh, of course but I suspect they will redact anything between CTA and CD legal or internal CTA." sent="1548428401725" readable_date="Jan 25, 2019 9:00:01 AM"&gt;

&lt;sms **TO ME** body="Point being, they are either incompetent, hiding or destroying information, or something conviently broke. All situations hurt them" sent="1548428427036" readable_date="Jan 25, 2019 9:00:28 AM"&gt;

&lt;sms **FROM ME** body="Yea, all valid points, I'm behind you in whatever you and your eventual legal team needs." sent="1548428457248" readable_date="Jan 25, 2019 9:00:57 AM"&gt;

&lt;sms **TO ME** body="The point is, I know one exists. They can't lie and say it doesn't and I'm going to use that fact and the headers will prove it" sent="1548428483323" readable_date="Jan 25, 2019 9:01:24 AM"&gt;

&lt;sms **FROM ME** body="Yep, then that makes them look like they are hiding something. Keep me posted, happy to help. Let's meet up when it warms up, super cold next week!" sent="1548428569773" readable_date="Jan 25, 2019 9:02:49 AM"&gt;

&lt;sms **TO ME** body="Yeah! Btw surgery will likely be March 6 or 7. 6-8 week recovery" sent="1548428633058" readable_date="Jan 25, 2019 9:03:54 AM"&gt;

...

&lt;sms **TO ME** body="Just got my results. 87.2" sent="1548618461035" readable_date="Jan 27, 2019 1:47:44 PM"&gt;

&lt;sms **FROM ME** body="Great!" sent="1548618547631" readable_date="Jan 27, 2019 1:49:07 PM"&gt;

&lt;sms **TO ME** body="I'm a certified hacker now ;)" sent="1548618569915" readable_date="Jan 27, 2019 1:49:32 PM"&gt;

&lt;sms **FROM ME** body="Yea!  What is the name of that certification you had to get? Good to have and good for a raise in a bit so congrats." sent="1548620889741" readable_date="Jan 27, 2019 2:28:09 PM"&gt;

&lt;sms **TO ME** body="Certified ethical hacker" sent="1548620903296" readable_date="Jan 27, 2019 2:28:24 PM"&gt;

15

MH18

&lt;sms **FROM ME** body="Awesome. If only we had that before Dayton... ;-)" sent="1548621008252" readable_date="Jan 27, 2019 2:30:08 PM"&gt;

…

&lt;sms **TO ME** body="Other then that, I'm doing pretty well. Only a couple grand left to pay for the surgery" sent="1549997134032" readable_date="Feb 12, 2019 12:45:35 PM"&gt;

…

&lt;sms **TO ME** body="Just finally read through your emails. I think sba was a good move there. Shows a great small but important project from problem to solution, end to end entirely your own. Hope you get that salary. 120 was my target I needed after all the budgeting I did for medical supplies that I'll no longer get from CTA. I'm sadly not going to be getting that here. I'm thankfully still subsidized off savings but I'm going to need to really ramp up odd jobs. I have a good feeling about this one especially since they came out to you the way they did. I hope you played up your 40 under 40 bit :)" sent="1553624814814" readable_date="Mar 26, 2019 1:26:58 PM"&gt;

….

&lt;sms **FROM ME** body="Looks like Deli might have gotten fired. That makes me feel good actually. He was worthless." sent="1554308229258" readable_date="Apr 03, 2019 11:17:09 AM"&gt;

…

&lt;sms **TO ME** body="How did you hear about deli?" sent="1554310745079" readable_date="Apr 03, 2019 11:59:06 AM"&gt;

&lt;sms **FROM ME** body="Jackie" sent="1554310793259" readable_date="Apr 03, 2019 11:59:53 AM"&gt;

&lt;sms **TO ME** body="I wonder who did it and why. I bet the Greek did to save his ass" sent="1554311096873" readable_date="Apr 03, 2019 12:04:57 PM"&gt;

&lt;sms **TO ME** body="Should totally submit an oig thing about "Pegasus"" sent="1554311131381" readable_date="Apr 03, 2019 12:05:33 PM"&gt;

&lt;sms **FROM ME** body="The fall of the Greek Empire." sent="1554311369900" readable_date="Apr 03, 2019 12:09:29 PM"&gt;

&lt;sms **TO ME** body="Trojan horse" sent="1554311395048" readable_date="Apr 03, 2019 12:09:55 PM"&gt;

&lt;sms **FROM ME** body="Ha..." sent="1554311408063" readable_date="Apr 03, 2019 12:10:08 PM"&gt;

&lt;sms **TO ME** body="I guess we should give it a break, I mean, Greece is broke" sent="1554311606377" readable_date="Apr 03, 2019 12:13:27 PM"&gt;

&lt;sms **FROM ME** body="No wonder if they all work as hard as Deli..." sent="1554312383309" readable_date="Apr 03, 2019 12:26:23 PM"&gt;

&lt;sms **FROM ME** body="Awesome!  I only wish I had busted him as I thought he was not in the Service Area." sent="1554328244929" readable_date="Apr 03, 2019 4:50:44 PM"&gt;

&lt;sms **TO ME** body="Yeah the Greek is next ;)" sent="1554329717681" readable_date="Apr 03, 2019 5:15:18 PM"&gt;

…

&lt;sms **TO ME** body="Wow and I put it on a sliver platter for them" sent="1555621161872" readable_date="Apr 18, 2019 3:59:23 PM"&gt;

&lt;sms **FROM ME** body="Got your VM, just got on the road for today. Have to stop to get gas. Can chat in twenty minutes when we hit the highway." sent="1555684163007" readable_date="Apr 19, 2019 9:29:23 AM"&gt;

&lt;sms **TO ME** body="Shoot a text when your free. May have a way to get your something out of this CTA lawsuit" sent="1555684198759" readable_date="Apr 19, 2019 9:29:59 AM"&gt;

&lt;sms **FROM ME** body="On the road. Free" sent="1555684716313" readable_date="Apr 19, 2019 9:38:36 AM"&gt;

&lt;sms **TO ME** body="So you know how Rajiv wouldn't implement the ssl cert? Jim was fully aware. You raised this multiple times" sent="1555684778046" readable_date="Apr 19, 2019 9:39:38 AM"&gt;

&lt;sms **FROM ME** body="Yep" sent="1555684800410" readable_date="Apr 19, 2019 9:40:00 AM"&gt;

**MH19**

<sms **TO ME** body="It's still not implemented and if they had done this, the skeleton key would have been much safer." sent="1555684863101" readable_date="Apr 19, 2019 9:41:03 AM">

<sms **FROM ME** body="True." sent="1555684890870" readable_date="Apr 19, 2019 9:41:30 AM">

<sms **TO ME** body="We're investigating what we can do about this for you but at the very least Jim and Rajiv are getting fired for gross negligence" sent="1555684896215" readable_date="Apr 19, 2019 9:41:36 AM">

<sms **FROM ME** body="So our testing was more justified I suppose." sent="1555684921539" readable_date="Apr 19, 2019 9:42:01 AM">

<sms **TO ME** body="We're foiaing more emails" sent="1555684934578" readable_date="Apr 19, 2019 9:42:14 AM">

<sms **TO ME** body="Yes the testing was far more justified" sent="1555684954348" readable_date="Apr 19, 2019 9:42:34 AM">

<sms **FROM ME** body="Good to make them sweat a bit more." sent="1555684958175" readable_date="Apr 19, 2019 9:42:38 AM">

<sms **TO ME** body="I just wanted to let you know, I got your back, going to do my best to make sure you can get whatever is possible" sent="1555685003349" readable_date="Apr 19, 2019 9:43:23 AM">

<sms **FROM ME** body="I also think the justification of not telling management was more out of protection to keep the hole limited to only a few once we found and did due diligance notification of Clever." sent="1555685029359" readable_date="Apr 19, 2019 9:43:49 AM">

<sms **FROM ME** body="Thanks. I'm more here for you since I truly feel that only I should have taken the fall." sent="1555685062222" readable_date="Apr 19, 2019 9:44:22 AM">

<sms **TO ME** body="Even if the only Justice is Jim and Rajiv getting pulled out, I know you'll at least have some schadenfreude there" sent="1555685176614" readable_date="Apr 19, 2019 9:46:17 AM">

<sms **FROM ME** body="Yea, and at the same time I don't care. Jimmy lost his buddy to residency violation, and Rajiv is just a jerk. I would enjoy him going down, since who knows what he knows or did/didn't do." sent="1555685258127" readable_date="Apr 19, 2019 9:47:38 AM">

…

<sms **TO ME** body="I am 100% serious, I need a side job or 2" sent="1556305774904" readable_date="Apr 26, 2019 2:09:35 PM">

…

<sms **TO ME** body="Hospital went postal on me this morning" sent="1556305796390" readable_date="Apr 26, 2019 2:09:56 PM">

…

<sms **TO ME** body="I'm looking at about 5k in the red right now after the car" sent="1556305899318" readable_date="Apr 26, 2019 2:11:40 PM">

<sms **TO ME** body="I'm fully committed to working for it" sent="1556305911332" readable_date="Apr 26, 2019 2:11:53 PM">

…

<sms **TO ME** body="I'm just up for gigs, if you need ████ help in the short term just keep me in mind please!" sent="1556306032934" readable_date="Apr 26, 2019 2:13:54 PM">

<sms **TO ME** body="No worries. I have some gigs I'm doing right now. The hospital just really liked me this morning" sent="1556306172707" readable_date="Apr 26, 2019 2:16:13 PM">

…

<sms **TO ME** body="Awesome! And yeah if it weren't for needing a job, I wouldn't have made the LinkedIn. I personally loathe it haha. I really think you'll make a great addition just be careful about suggesting partnerships this early, even if it's the "right move". I know you like to move fast, so just picture me there slowing you down a little!" sent="1556748607932" readable_date="May 01, 2019 5:10:10 PM">

17

MH20

…

<sms **TO ME** body="Papers filed just now" sent="1556819685041" readable_date="May 02, 2019 12:54:45 PM">

…

<sms **FROM ME** body="What papers just filed now ████████████████████████ ███████ " sent="1556820012842" readable_date="May 02, 2019 1:00:12 PM">

<sms **TO ME** body="Department of labor" sent="1556820032996" readable_date="May 02, 2019 1:00:34 PM">

<sms **FROM ME** body="Ahh, against CTA.  good deal." sent="1556820276755" readable_date="May 02, 2019 1:04:36 PM">

<sms **TO ME** body="Lawyer needs to know your full name and position at time of termination" sent="1556976373276" readable_date="May 04, 2019 8:31:42 AM">

<sms **FROM ME** body="Michael Haynes, Manager - Transit Systems Support" sent="1556976765031" readable_date="May 04, 2019 8:32:45 AM">

<sms **TO ME** body="They want middle name" sent="1556976782281" readable_date="May 04, 2019 8:33:04 AM">

<sms **FROM ME** body="None. NMN" sent="1556976808508" readable_date="May 04, 2019 8:33:28 AM">

<sms **TO ME** body="Wow! Had no idea!!!" sent="1556976826096" readable_date="May 04, 2019 8:33:47 AM">

<sms **FROM ME** body="Ha, all these years! You can make one up for me..." sent="1556976871259" readable_date="May 04, 2019 8:34:31 AM">

<sms **TO ME** body="For the record" sent="1556978384354" readable_date="May 04, 2019 8:59:46 AM">

<sms **TO ME** body="I am the investigator assigned to process this complaint. I will be notifying the Respondents and you of the complaint sometime next week. In the mean time I have some questions that need to be answered by Mr. Pable (See Below).&#xA;&#xA; &#xA;&#xA;1.    How did Mr. Pable find out about the Skeleton Key? (Need actual process)&#xA;&#xA;2.    What policies did Respondent say he violated? (Specific ones)&#xA;&#xA;3.    What is Mr. Haynes full name, positon in the company, and who does he work for?&#xA;&#xA;4.    Was Mr. Haynes also terminated or disciplined?&#xA;&#xA;5.    Who notified you of the Administrative Leave pending an investigation?&#xA;&#xA;6.    Who was in the meeting when you were terminated and who terminated Mr. Pable?&#xA;&#xA; &#xA;&#xA; &#xA;&#xA;SHAWN&#xA;&#xA; &#xA;&#xA;Shawn M Hughes  &#xA;&#xA;Investigator&#xA;&#xA;U.S. Department of Labor – OSHA" sent="1556978387211" readable_date="May 04, 2019 8:59:48 AM">

<sms **TO ME** body="It sounds like they will be investigating on your behalf" sent="1556978441638" readable_date="May 04, 2019 9:00:42 AM">

<sms **FROM ME** body="Ok. I don't really care much but I want to support you as much as possible." sent="1556978561441" readable_date="May 04, 2019 9:02:41 AM">

<sms **TO ME** body="It's fine. I'm not going to press but I figure as long as we can show Jimmy the door, I think that's Justice somewhat" sent="1556978618556" readable_date="May 04, 2019 9:03:39 AM">

<sms **FROM ME** body="My bigger beef overall it's with clever and while I need to resume a professional relationship with them, they will feel a new pain from lots of properties over there coming years." sent="1556978669864" readable_date="May 04, 2019 9:04:29 AM">

<sms **FROM ME** body="Yea he gets paid plenty and really did nothing to help." sent="1556978735465" readable_date="May 04, 2019 9:05:35 AM">

<sms **TO ME** body="I will make sure clever has to do right too" sent="1556978760797" readable_date="May 04, 2019 9:06:03 AM">

…

<sms **FROM ME** body="https://abc7chicago.com/-critical-cyber-security-shortage-in-chicago-and-us-has-experts-on-high-alert---/5284608/" sent="1556979118973" readable_date="May 04, 2019 9:11:58 AM">

…

&lt;sms **TO ME** body="Can you make sure my linked in is not accessible please" sent="1557344524708" readable_date="May 08, 2019 2:42:05 PM"&gt;

&lt;sms **FROM ME** body="I can see your LinkedIN." sent="1557344704644" readable_date="May 08, 2019 2:45:04 PM"&gt;

&lt;sms **TO ME** body="Thanks I'll try locking it again" sent="1557344723722" readable_date="May 08, 2019 2:45:24 PM"&gt;

&lt;sms **FROM ME** body="I'll try clearing my cache and maybe using Safari or a browser that i am not logged in to check. Headed home now from day drinking." sent="1557344830808" readable_date="May 08, 2019 2:47:10 PM"&gt;

&lt;sms **TO ME** body="Don't think I can block members. CTA council viewed it. I should block them all" sent="1557344969769" readable_date="May 08, 2019 2:49:31 PM"&gt;

&lt;sms **FROM ME** body="What is CTA council? Legal? Well that process they were served" sent="1557345110290" readable_date="May 08, 2019 2:51:50 PM"&gt;

&lt;sms **TO ME** body="Yes. And I don't want them to have an easy time" sent="1557345142391" readable_date="May 08, 2019 2:52:23 PM"&gt;

&lt;sms **FROM ME** body="I see" sent="1557345154665" readable_date="May 08, 2019 2:52:34 PM"&gt;

&lt;sms **TO ME** body="The more I wadte their time the better" sent="1557345193950" readable_date="May 08, 2019 2:53:14 PM"&gt;

&lt;sms **FROM ME** body="True" sent="1557345207896" readable_date="May 08, 2019 2:53:27 PM"&gt;

…

&lt;sms **TO ME** body="https://www.fox32chicago.com/amp/news/local/illinois-congressman-warns-new-chinese-made-cta-trains-may-pose-dangerous-threat-" sent="1557838792047" readable_date="May 14, 2019 7:59:54 AM"&gt;

&lt;sms **FROM ME** body="WOW! That is crazy, scary since we know what a mess the innards of the technology of a rail car really are. (Still need to read the other article.)" sent="1557838975000" readable_date="May 14, 2019 8:02:55 AM"&gt;

&lt;sms **TO ME** body="I am so scared Mike. I hope to God they take what I find seriously. Imagine what I would have found if I actually looked" sent="1557839027808" readable_date="May 14, 2019 8:03:49 AM"&gt;

…

&lt;sms **TO ME** body="I just got your email. What am I looking at? The test API key?" sent="1558746754202" readable_date="May 24, 2019 8:12:35 PM"&gt;

&lt;sms **FROM ME** body="Nope the date of update!" sent="1558746807804" readable_date="May 24, 2019 8:13:27 PM"&gt;

&lt;sms **FROM ME** body="Version 3 documentation updated on 10/22/19!" sent="1558746857165" readable_date="May 24, 2019 8:14:17 PM"&gt;

&lt;sms **TO ME** body="A day that will live in infamy" sent="1558746954109" readable_date="May 24, 2019 8:15:55 PM"&gt;

&lt;sms **FROM ME** body="Even if it is a coincidence it seems suspicious" sent="1558746997451" readable_date="May 24, 2019 8:16:37 PM"&gt;

&lt;sms **TO ME** body="Graham Garfield was peeking at my linked in and someone from the Chicago bar" sent="1558747028275" readable_date="May 24, 2019 8:17:09 PM"&gt;

,,,

&lt;sms **TO ME** body="Please try this code. Enter it at the dailer, switch default sms to signal then let me know. I'll send a test message to you" sent="1572388542000" readable_date="Oct 29, 2019 5:56:34 PM"&gt;

&lt;sms **TO ME** body=" *#*#34866#*#*" sent="1572388547000" readable_date="Oct 29, 2019 5:56:35 PM"&gt;

19

**MH22**